Document Number Case Number
05–C–0705–C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
12/01/2006 02:29:18 PM CST

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

JAY J. SCHINDLER, M.D.

**Plaintiff,**

v.

MARSHFIELD CLINIC,
SAINT JOSEPH'S HOSPITAL OF
MARSHFIELD, INC., ET AL.,

**Defendants.**

Case No.: 05:C-705-C

## RULE 26(a)(2)(B) EXPERT REPORT OF REGIS W. HAID, JR., M.D.

It is my intention at the trial of the above-fashioned action pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure to offer testimony as follows:

1.     That I am Regis W. Haid, Jr., M.D., an adult over the age of twenty-one (21) and that I make the following statements based on my education, training, experience and a review of the relevant medical records pertaining to the peer review matter conducted at the Marshfield Clinic which investigated various patient care issues pertaining to Jay J. Schindler, M.D., the Plaintiff in this matter.

2.     That I am a Board Certified Neurosurgeon presently engaged in private practice at Atlanta Brain and Spine Care in Atlanta, Georgia.  My area of expertise is complex spine surgery and I have in depth knowledge of complex spinal disorders and their surgical management.  My relevant educational and professional background is contained in my attached curriculum vita which is herein incorporated in its entirety by reference.  I have performed surgical procedures similar to those performed at the Marshfield Clinic by Jay J. Schindler, M.D., the Plaintiff in this action.

3.      That I intend to offer an expert opinion related to the four (4) patient care cases involving Dr. Schindler who were the focus of a peer review matter conducted at the Marshfield Clinic during late 2003 and early 2004. These cases and their review by a Peer Review committee and later the Executive Committee of the Marshfield Clinic were the proximate cause of Dr. Schindler's subsequent termination from his employment there. In my review of the cases at issue in the peer review matter, I felt that Dr. Schindler's management of the patients was never outside the relevant standard of care applicable to a similarly trained neurosurgeon. While complications occurred in these cases, it is my opinion that these represented only recognized complications and that in no case did Dr. Schindler ever breach the applicable standard of care at least as applied to the performance of complex spine surgery. I furthermore felt that the termination of Dr. Schindler's employment at the Marshfield Clinic was not warranted based on his management of these four cases which I reviewed in depth. Rather, it appears that other professional and/or political issues may have contributed to said termination.

4.      That in regard to the specific data and other information which I have considered in forming the opinions I express herein as an expert, I have reviewed the relevant medical records of the patient cases at issue in the peer review matter at the Marshfield Clinic. Additionally, I have reviewed the following:

A. Overview of background material prepared by Dr. Schindler
B. Patient Summaries
C. July 28, 2003 Dr. Schuster
D. Surgical log
E. March 1, 2004 Ziya Gokaslan MD
F. February 27, 2004 Paul Dernbach MD
G. March 1, 2004 George Bovis MD
H. January 7, 2004 Mark Dekutoski MD
I. January 29, 2004 Efrain Cancel MD
J. January 30, 2004 Ade Dillon MD

K. February 20, 2004 Patrick Sullivan MD
L. October 16, 2003 Patrick Sullivan MD
M. January 7, 2004 Patrick Sullivan MD
N. February 25, 2004 Michael Collins MD
O. February 25, 2004 Torrey Cobb PA-C
P. Liss' December 18, 2003
Q. Liss' February 18, 2004
R. Liss' February 18, 2004 – "Exhibit A"
S. Patient Affidavits:
    i.    August 19, 2006 PB
    ii.    July 26, 2006 SR
    iii.    July 28, 2006 PN
    iv.    July 27, 2006 JC
    v.    July 26, 2006 JK
    vi.    August 11, 2006 TL
    vii.    August 14, 2006 DB
    viii.    August 11, 2006 MR
    ix.    August 14, 2006 GO
    x.    August 11, 2006 DW
    xi.    July 15, 2006 JD
    xii.    November 6, 2006 TM
T. May 20, 2004 TS
U. 2006 TS
V. November 2, 2006 Michael Ebersold MD affidavit
W. November 6, 2006 Kerry White MD affidavit
X. August 1, 2006 L.R. Huntoon MD expert report
Y. August 1, 2006 Vickie Stewart certification
Z. July 20, 2006 Lynette McDonald affidavit
AA.    July 20, 2006 Jane Phalan affidavit
BB.    July 21, 2006 Fred Landes MD affidavit
CC.    July 21, 2006 Bonnie Craig MD affidavit
DD.    Medical Records

    5.    That as to exhibits that I intend to utilize as a summary or in support of the

opinions that I express as an expert witness, I would rely upon the medical records to

which I refer above and which I have already reviewed in depth. I do reserve the right to

refer to any exhibit utilized by any other expert at the trial of this matter.

    6.    That as to my qualifications to testify as an expert in this action, I have

attached hereto a copy of my curriculum vita which, again, is incorporated herein by

reference in its entirety. This lists my publications and presentations within the preceding ten (10) years and I believe attests to my qualifications to speak to the issues relevant to this lawsuit.

7.　　That as to the compensation which I am to be paid for the study of the case materials and the testimony that I intend to provide, it should be noted that I have already been paid Two Thousand and 00/100 ($2,000.00) Dollars as an initial retainer to review the records. My routine hourly fee for medical records review is Fifteen Hundred and 00/100 ($1,500.00) Dollars per hour. In regard to trial or deposition testimony, I charge a per diem rate of Five Thousand and 00/100 ($5,000.00) Dollars. I intend to charge commensurate with my usual and customary rate.

8.　　That as to additional cases wherein I have testified as an expert witness at trial or by deposition within the preceding four (4) years, I have attached a listing of these which includes all of the relevant information I know pertaining to these cases. I do not have the relevant party names and/or docket case numbers in all cases for these matters but certainly can discuss any of them (as to the best of my recollection) if necessary at deposition or at trial.

9.　　That I am available if necessary for clarification or to answer any questions regarding my expert opinions to be expressed within the parameters as outlined in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

/s Regis W. Haid, M.D.

_____

**REGIS W. HAID, JR., M.D.**

# CURRICULUM VITAE

## Regis W. Haid, Jr., M.D.
### Revised: Nov-06

| | |
|---|---|
| **Office address:** | 2001 Peachtree Road, NE, Suite 645 |
| | Atlanta, Georgia 30309 |
| **Telephone:** | 404-350-0106 |
| **Fax:** | 404-350-0176 |
| **E-mail address:** | rhaid@atlantabrainandspine.com |

**Birth Date and Place:**  August 18, 1956
Charleston, West Virginia

**Citizenship:**  United States

Current Titles and Affiliations: Atlanta Brain and Spine Care
Atlanta, Georgia

## Previous Academic and Professional Appointments:

| | |
|---|---|
| 1988-1989 | Clinical Instructor, Attending Staff<br>Department of Neurological Surgery<br>University of Florida College of Medicine<br>Gainesville, Florida |
| 1988-1989 | Attending Staff<br>Veteran's Administration Medical Center<br>Gainesville, Florida |
| 1988-1989 | Medical Director<br>Acute Spinal Cord Injury Center, District III<br>Shands Hospital at the University of Florida |
| 1989-1993 | Clinical Assistant Professor<br>Department of Neurosurgery<br>University of Florida<br>Gainesville, Florida |
| 1989-1993 | Staff Neurosurgeon<br>Wilford Hall Medical Center<br>San Antonio, Texas |
| 1993-2001 | Associate Professor<br>Department of Neurosurgery<br>Emory University |

Curriculum Vitae
Regis W. Haid, Jr., M.D.

| | |
|---|---|
| 2001-2003 | Professor of Neurological Surgery |
| | Department of Neurosurgery |
| | The Emory Clinic |
| | Emory University |
| | Atlanta, Georgia |

**Licensure/Boards:**

| | |
|---|---|
| 2000 | Board Certified: The American Board |
| | of Neurological Surgery, ABNS, # 20062 |
| Aug. 5, 1993 | Georgia #37229 |
| Oct. 10, 1988 | Florida #54414 |
| April 24, 1984 | Pennsylvania #MD-030961-E |
| Nov. 14, 1983 | West Virginia #13712 |

**Education:**

*Undergraduate:*

| | |
|---|---|
| 1974-1978 | University of Notre Dame |
| | Notre Dame, Indiana |
| | Bachelor of Science, Cum Laude |

*Graduate:*

| | |
|---|---|
| 1978-1982 | West Virginia University |
| | School of Medicine |
| | Morgantown, West Virginia |
| | M.D. |

*Postgraduate:*

| | |
|---|---|
| 1982-1983 | Surgery Intern |
| | Department of Surgery |
| | West Virginia University Medical Center |
| | Morgantown, West Virginia |
| 1983-1988 | Resident |
| | Department of Neurosurgery |
| | West Virginia University Medical Center |
| | Morgantown, West Virginia |
| Nov. 1986 | Neurosurgical Trauma Rotation |
| | Allegheny General Hospital |
| | Pittsburgh, Pennsylvania |
| | Coordinator: Joseph C. Maroon, M.D. |
| | President, Congress of Neurological Surgeons |

| 1987-1988 | Chief Resident<br>Department of Neurosurgery<br>West Virginia University Medical Center<br>Morgantown, West Virginia |
|-----------|------|
| 1988-1989 | Fellow in Spinal Disorders<br>Department of Neurological Surgery<br>University of Florida College of Medicine<br>Gainesville, Florida |

## Military or Government Service:

United States Air Force, Medical Corps
| October 5, 1978 | Commissioned |
|-----------------|--------------|
| July 3, 1989 | Active Duty |
| July 2, 1993 | Honorable Discharge |

## Committee Memberships:

*National and International:*

| 1989-1990 | Registration Committee, Congress of Neurological Surgeons |
|-----------|------|
| 1989-1993 | Sergeant-at-Arms Committee, Congress of Neurological Surgeons |
| 1991-1993 | Resident Program, Congress of Neurological Surgeons |
| 1991 | By-Laws Committee, Congress of Neurological Surgeons |
| 1991 | Chairman, Residents' Registration Committee<br>Congress of Neurological Surgeons |
| 1991-1992 | Annual Meeting Committee, Orlando, Florida<br>Congress of Neurological Surgeons |
| 1991-1994 | Placement Committee, Congress of Neurological Surgeons |
| 1992 | Chairman, Special Course Committee<br>Congress of Neurological Surgeons |
| 1992 | Annual Meeting Committee, Washington<br>Congress of Neurological Surgeons |
| 1992-1993 | Credentials Committee, Joint Section of Spine<br>and Peripheral Nerves, AANS/CNS |

3

| 1993-1996 | Awards Committee, Joint Section of Disorders of the Spine and Peripheral Nerves, AANS/CNS Chairman, 1996 |
|-----------|---------------------------------------------------------------------------------------------------------|
| 1993 | Spine Task Force - AANS/CNS |
| 1993-2002 | Scientific Program Committee, Joint Section of the Spine and Peripheral Nerves, AANS/CNS Annual Meeting |
| 1993 | CPT Spinal Task Force, Joint Section of Spine and Peripheral Nerves |
| 1994 | Special Courses Planning Committee, CNS Annual Meeting |
| 1995-1997 | THINK FIRST Foundation, Board of Directors |
| 1995-1996 | Committee on Trauma, American College of Surgeons, Guidelines for Spine Clearance in Trauma |
| 1995-1996 | Committee on Pedicle Screw Fixation, American Medical Association, Department of Technology Assessment |
| 1996-2002 | Executive Committee, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS |
| 1997 | Chairman, Sergeant-at-Arms Committee, Congress of Neurological Surgeons, New Orleans, LA |
| 1998 | CNS Education Committee |
| 1998 | AANS/CNS Joint Spine Nominating Committee |
| 1998-2000 | Strategic Planning Committee, Joint Section on Disorders of Spine and Peripheral Nerves, AANS/CNS |
| 1998-2002 | Exhibits Chairman, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS |
| 2000 | Education Committee, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS |
| 2000-2003 | Board of Directors, FIENS |
| 2001 | NASS: North American Spine Society, Scientific Program Committee |
| 2001-2003 | Program Committee, 8th International Meeting on Advanced Spine Techniques (IMAST), The Scoliosis Research Society |
| 2002 | President Elect: AANS/CNS Joint Section of the Spine & Peripheral Nerves |
| 2003-2004 | Chairman, AANS/CNS Joint Section of Spine & Peripheral Nerves |

4

| 2003-2004 | AANS Ex-Officio Board Liaison to the Joint Section on Disorders of the Spine and Peripheral Nerves, AANS/CNS |
| 2003-2005 | Membership Committee, Cervical Spine Research Society (CSRS) |
| 2004 | Advisory Board, Southern Medical Device Association (SEMDA) |

*Institutional*

| 1979 | Co-Chairman, Freshman Orientation Committee<br>West Virginia University School of Medicine |
| 1981 | Chairman, Clinical Orientation Committee<br>West Virginia University School of Medicine |
| 1980-1982 | Hospital Liaison Committee<br>West Virginia University School of Medicine |
| 1981-1982 | Admissions Committee<br>West Virginia University School of Medicine |
| 1993-2002 | Physical Medicine Coordinating Committee<br>Crawford Long Hospital of Emory University |
| 1998 | Emory Clinic Credentials Committee |
| 1998 | Emory Clinic Physician Compensation Committee |
| 1997 | Emory Clinic Human Resources Committee |
| 2003-2005 | Spine Task Force, Piedmont Hospital |

## Editorships and Editorial Boards:

| 1989-1990 | Editorial Board, *Clinical Neurosurgery*,<br>Congress of Neurological Surgeons |
| 1995-2000 | Editorial Board, *Neuro-Orthopaedic* |
| 1995-2003 | Ad Hoc Review Board, *Neurosurgery* |
| 1997-1998 | Ad Hoc Review Board, *Surgical Neurology* |
| 1997-2006 | International Advisory Board, *Spinal Surgery*,<br>Hokkaido University, Sapporo, Japan |
| 1999-2004 | Editorial Board, *Journal of Spinal Disorders*,<br>Lippincott-Raven Publishers |
| 2000-2003 | Ad Hoc Review Board, *Spine* |
| 2001 | Topic Editor, *Neurosurgical Focus. Journal of Neurosurgery* |
| 2001-2002 | Ad Hoc Review Board, *Neurosurgical Focus* |
| 2001-2003 | 8th *IMAST* Advisory Board, Scoliosis Research Society |
| 2001-2003 | Ad Hoc Review Board, *The Neurologist* |

| 2002-2005 | Associate Board, *The Spine Journal*, NASS |
| 2002-2003 | Editorial Board, *Neurosurgery* |
| 2002-2003 | Editorial Board, *SANS.* AANS/CNS Joint Section of Spine and Peripheral Nerves |
| 2003 | Ad Hoc Review Board, *Surgical Neurology* |
| 2003-2005 | Editorial Board, *Journal of Neurosurgery* |
| 2003-2005 | Editorial Board, *Journal of Neurosurgery: Spine* |
| 2003-2005 | Editorial Board, *Journal of Neurosurgery: Pediatrics* |

**Honors and Awards:**

| January 1986 | Crutchfield, Gage and Thompson Award<br>Neurosurgical Society of the Virginias<br>Tissue Plasminogen Activator for Intracerebral Hematoma<br>Hot Springs, Virginia |
| May 9, 1987 | Resident's Research Day, First Place<br>Fifth Annual West Virginia University<br>Unilateral Jumped Facet Dislocation<br>Changing Concepts in Management<br>Morgantown, West Virginia |
| August 10, 1987 | Resident's Research Award, First Place<br>Spine Trauma - Diagnosis and Treatment<br>West Virginia Neurosurgical Society<br>West Virginia State Medical Association<br>White Sulphur Springs, West Virginia |
| March 30, 1988 | Resident's Research Award, Second Place<br>Cervical Spine Dislocations<br>Southern Neurosurgical Society<br>Hot Springs, Virginia |

| May 7, 1988 | Resident's Research Award, First Place<br>Cervical Spine Injuries<br>American College of Surgeons<br>West Virginia Chapter<br>White Sulphur Springs, West Virginia |
|---|---|
| 1994-1995 | Best Doctor's in America, Naifeh and Smith, eds.<br>Woodward/White, Aiken, South Carolina |
| 1996-1997 | Best Doctor's in America, Southeast Region. Naifeh<br>and Smith, eds. Woodward/White, Aiken, South Carolina |
| 1998-2004 | Best Doctor's in America, Naifeh and Smith, eds.<br>Woodward/White, Aiken, South Carolina |
| 2001 | National Registry of Who's Who |
| 2001 | National Registry of Who's Who in Executives and Professionals |
| 2002-2003 | Top Surgeons, Consumer's Research of America |
| 2004 | The Richard C. Schneider Lecturer, American Association<br>of Neurological Surgeons, Orlando, Florida, May 3, 2004 |
| 2006 | Hall of Fame Inductee, Christian Brothers High School,<br>Memphis, Tennessee, January 29, 2006 |
| 2006 | CCNS Penfield Lecturer, Canadian Congress of Neurological Sciences,<br>Spinal Arthroplasty, Plenary I Session. Scientific and Technical<br>Advances in the Clinical Neurosciences, Montreal, Quebec, Canada,<br>June 15, 2006 |

## Society Memberships:

Alpha Omega Alpha
American Association of Neurological Surgeons (AANS) - Member
Association of Standards for Testing Materials: Committee of Spinal Implants
Cervical Spine Research Society (CSRS)
Congress of Neurological Surgeons (CNS)
Georgia Neurosurgical Society (GNS)
International Meeting on Advanced Spine Techniques (IMAST)
Joint Section on Disorders of the Spine and Peripheral Nerves - AANS/CNS
Joint Section of Neurotrauma and Intensive Care - AANS/CNS
Joint Section for Stereotactic and Functional Neurosurgery - AANS/CNS
Joint Section of Tumors - AANS/CNS
Medical Association of Atlanta (MAA)
Medical Association of Georgia (MAG)
Monongalia Neurologic Society
Neurosurgical Society of America (NSA)
Neurosurgical Society of the Virginias
New York Academy of Sciences
North American Spine Society (NASS)
Society of Air Force Clinical Surgeons
Society for Neurosciences, Northern West Virginia
The American Society for Stereotactic and Functional Neurosurgery
The World Society of Stereotactic and Functional Neurosurgery
West Virginia Neurosurgical Society
West Virginia State Medical Society

World Federation Neurological Surgery

## Patents / Technology Development:

Codman/Johnson & Johnson P.I. Anterior Cervical Plating System. FDA cleared. Internationally distributed. Co-developers: Regis Haid, Volker Sonntag, Stephen Papadopoulos. Patented

Sofamor-Danek: Novus Cervical Spine Interbody Cage. IRB pending. FDA submitted, Co-Developers: Regis Haid, Kevin Foley, Steven Heim, Stephen Papadopoulos. Patented

Sofamor-Danek: Anterior Cervical Fixation System: Atlantis. F.D.A. Cleared. Co-Developers: Regis Haid, Volker Sonntag, Stephen Papadopoulos. Patented

Sofamor-Danek: PLIF II Instrumentation. Co-Developers: Regis Haid, Gerald Rodts, Christopher Comey. Patented

DePuy Acromed: SLIM-LOC Anterior Cervical Plating System. Co-Developers: Regis Haid, Volker Sonntag, Stephen Papadopoulos. Patented.

Medtronic: Atlantis-Vision Anterior Cervical Plating System. Co-Developers: Regis Haid, Volker Sonntag, Stephen Papadopoulos.

Medtronic Sofamor Danek: Intervertebral Spacers. Co-Developers: Regis Haid, Kevin Foley, Steven Heim.

AME, Inc. Design of cervical spine lateral mass instrumentation. FDA cleared. Internationally distributed. Haid Universal Bone Plate.

Sofamor-Danek: Anterior CSR Instrumentation. Co-Developers: Regis Haid, Stephen Padopoulos, Curtis Dickman, Kevin Foley

Sofamor-Danek: Cornerstone Instrumentation. Co-Developers: Regis Haid, Stephen Papadopoulos, Kevin Foley

Medtronic Sofamor-Danek: Trimline Instrumentation. Co-Developers: Regis Haid, Stephen Papadopoulos, Kevin Foley

Medtronic Sofamor-Danek: Artificial Cervical Disc – Prestige ST; Prestige LP. Co-Developers: Regis Haid, Vincent Traynelis, Tom Zdeblick

Medtronic Sofamor-Danek: Mystique Absorbable Anterior Cervical Plate. Developer: Regis Haid, Alex Vaccaro

**Grant Support:**

Anterior spinal instrumentation, $10,000, Osteotech, Inc., New Jersey, June, 1988

Titanium toxicity in an animal model. $25,000, Danek Group, Inc., Memphis, Tennessee, July 6, 1993

Elekta, Spinal Stereotactic Investigation. $10,000

Sofamor-Danek Medtronic. Spinal Fellowship, $120,000, 1999

Sofamor-Danek Medtronic. Spinal Fellowship, $120,000, 2000.

Sofamor-Danek Medtronic. Spinal Fellowship, $120,000, 2001.

OrthoFix. Properties of Pulsed Electro-Magnetic Stimulation, $100,000 (2000, 2003)

Medtronic. Spinal Fellowship, $175,000, 2002.

**Organization of National or International Conferences:**

1. University of Florida Contemporary Neurosurgery Course with an Emphasis on Microsurgery.Section: Spinal Instrumentation and Stabilization. 1988-89.

2. Co-Director: Modern Dissection of Bone, Biometals and Bioplastics. Midas Rex Institute, Ponte Vedra Beach, FL, 1989.

3. Co-Director: Thoracolumbar Instrumentation. Pre-meeting Course, AANS, Boston, MA, April 24-25, 1993.

4. Assistant Director: Hands-On Cervical Spine Techniques. AANS, Kansas City, KS, May 13-15, 1993.

5. Assistant Director: Hands-On Cervical Spine Techniques. AANS, Toronto, Canada, June 4-6, 1993.

6. Co-Director: Thoracolumbar Instrumentation. Pre-meeting Course, AANS, San Diego, CA, April 10, 1994.

7. Co-Chairman: Surgery of the Cervical Spine - Hands-On. AANS Annual Meeting, New Orleans, LA, May 13-14, 1994.

8. Co-Director: Cervical Spine Stabilization Course. AANS, New Orleans, LA, May 13-14, 1994.

9. Co-Director: Practical Course: Posterior Thoracolumbar Instrumentation. AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves Annual Meeting, Phoenix, AZ, February 14-18, 1995.

10. Co-Director: Thoracolumbar Stabilization. AANS Annual Meeting Practical Course, Orlando, FL, April, 1995.

11. Co-Director: Practical Course: Thoracolumbar Stabilization. AANS Annual Meeting, Orlando, FL, April 22-27, 1995.

12. Director: Thoracolumbar Stabilization. AANS/CNS Joint Section, Lake Buena Vista, FL, March 2, 1996.

13. Co-Director: Thoracolumbar Stabilization. AANS Annual Meeting Practical Course, Minneapolis, MN, April 1996.

14. Co-Director: Cervical Spine Stabilization. AANS Professional Development Program, Memphis, TN, June 21-23, 1996.

15. Co-Director: Lumbosacral Stabilization. CNS Annual Meeting Practical Course, Montreal, Canada, September 1996.

16. Co-Director: Pedicle Screw and Hook-Rod Stabilization. AANS/CNS Joint Section on Disorder of the Spine & Peripheral Nerve, Newport Beach, CA, February 19-22, 1997.

17. Director: Thoracic and Lumbar Stabilization Techniques. AANS Annual Meeting, Denver, CO, April 12-16, 1997.

18. Director: Lumbosacral Instrumentation and Fusion: Screws, Dowels and Cages. CNS Annual Meeting, New Orleans, LA, September 27 - October 2, 1997.

19. Co-Director: Cervical Spine Instrumentation. Congress of the Peruvian Neurosurgical Society and the Spine Committee of the World Federation of Neurosurgical Societies, Lima, Peru, November 1-2, 1997.

20. Director: Interbody Spinal Fusion: Advances in Theory and Implants. Spinal Science Advancement Foundation, Philadelphia, PA, April, 1998.

21. Director: Thoracolumbar Stabilization Techniques. Pre-meeting Course, AANS Annual Meeting, Philadelphia, PA, April 25-30, 1998.

22. Co-Chairman: Spinal Science Advancement Foundation, Global Spine: Surgical Principles and the Latest Techniques, Kamuela, HI, June 5-7, 1998.

23. Co-Director: Lumbosacral Instrumentation and Fusion: Cages, Dowels, and Screws, Practical Course #039, Congress of Neurological Surgeons Annual Meeting, Seattle, WA, October 3-9, 1998.

24. Co-Director: Pre-Meeting Cervical Spine Workshops. 18th Latin American Congress of Neurosurgery, Santiago, Chile, October 10-11, 1998.

25. Course Director: Interbody Spinal Fusion of the Lumbar and Cervical Spine. Pre-meeting Course, AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Orlando, FL, February 9-13, 1999.

26. Moderator: Cervical Spondylosis and Decision Making. AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Orlando, FL, February 9-13, 1999.

27. Lumbosacral Instrumentation: Complication Management & Avoidance. BNI: (1) Pedicle Screws: Techniques & Biomechanics. (2) PLIF: Patient Selection, Management, Outcomes, Phoenix, AZ, March 26-27, 1999.

28. Co-Director: Microendoscopic Discectomy. AANS, New Orleans, LA, April 25, 1999.

29. Co-Director: Thoracolumbar Stabilization. AANS, New Orleans, LA, April 25, 1999.

30. Course Director: Discectomy Techniques and Minimally Invasive. Global Spine, Maui, HI, June 18-20, 1999.

31. Chairman: Surgical Principles and the Latest Techniques. Global Spine, Kapalua, Maui, HI, June 18-20, 1999.

32.  Co-Director: Lumbosacral Fusion: Cages, Dowels and Screws. CNS, Boston, MA, October 30, 1999.

33.  Co-Director: Lumbar Interbody Fusion Techniques: Indications and Outcomes. Pre-Meeting Course, AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Palm Springs, CA, February 23, 2000.

34.  Co-Director: Thoracic and Lumbar Stabilization. Pre-Meeting Course, AANS, San Francisco, CA, April 9, 2000.

35.  Co-Director: World Federation of Neurosurgical Societies Spine Seminar. St. Petersburg, Russia, May 20-21, 2000.

36.  Co-Director: Global Spine. Surgical Principles of Deformity Correction. Maui, HI, June 16-18, 2000.

37.  Co-Director: Lumbosacral fusion: cages, dowels and pedicle screws. Practical Course, CNS Annual Meeting, San Antonio, TX, September 23-28, 2000.

38.  Co-Director: New Technologies in Spinal Treatment. Pre-Meeting Course, AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Phoenix, AZ, February 14, 2001.

39.  Course Director: New Concepts and Technologies: The Impact on Your Practice. Phoenix, AZ, February 14, 2001.

40.  Co-Director: Thoracic and Lumbar Fixation. Pre-Meeting Course, AANS, Toronto, Canada, April 22, 2001.

41.  Co-Director: Thoracic and Lumbar Stabilization and Fusion. Pre-Meeting Course, AANS, Toronto, Canada, April 22, 2001.

42.  Co-Chairman:  CSSG: Cervical Spine Study Group. 1st Annual Residents and Fellows Course, Phoenix, AZ, May 4-6, 2001.

43.  Co-Director: Global Spine: Indications and Outcomes of Fixation. Maui, HI, June 16-18, 2001.

44.  Co-Director: Lumbosacral Fusion: Cages, Dowels & Screws. CNS, San Diego, CA, September 29, 2001.

45.  GICD, Spinal Deformity Course, Surgical Management of Spinal Disorders, 11th Annual Course, Beaver Creek, CO, January 19-22, 2002.

46.  AANS/CNS Section on Disorders of the Spine and Peripheral Nerves, Orlando, FL, February 25-March 2, 2002.

47.  American Association of Neurological Surgeons (AANS), Chicago, IL, April 6-11, 2002.

48.  Co-Director:  Thoracic & Lumbar Stabilization.  AANS, Chicago, IL, April 7, 2002.

49.  Neurosurgical Society of America (NSA) 55th Annual Meeting, Kiawah Island, SC, April 21-24, 2002.

50.  Co-Chairman:  2nd Annual Cervical Spine Study Group (CSSG).  Resident Instructional Course, San Antonio, TX, May 4-6, 2002.

51.  Co-Director:  International Meeting of Advanced Spine Techniques (IMAST) 9th Annual Meeting, Montreux, Switzerland, May 23-25, 2002.

11

52. Co-Director: Global Spine, Advances in Total Cervical Disc Replacements, Maui, Hawaii, July 12-14, 2002.

53. Co-Director: AANS Pedicle (Thoracic) Screw Course, Innovations in Spinal Fixation: An Advanced Course, Memphis, TN, July 27-28, 2002.

54. Co-Director: Lumbosacral Fusion: Cages, Dowels and Pedicle Screws, Congress of Neurological Surgeons (CNS), Philadelphia, PA, September 21-25, 2002.

55. Western Neurosurgical Society Spinal Symposium, Victoria, B.C., Canada, October 13-14, 2002.

56. Co-Director: Global Spine, Surgical Principles and the Latest Techniques, San Diego, CA, October 18-20, 2002.

57. Co-Director: C-Spine Course, Cervical Think Tank, Sedona, AZ, October 22-27, 2002.

58. Course Instructor: AANS Oral Board Review, Houston, TX, November 10, 2002.

59. Visiting Surgeon, Atlantic Neuroscience Institute / Neurological Institute of New Jersey's 2002 Symposium: Management of the Spine-Current Concepts and Future Trends, Basking Ridge, NJ, November 15, 2002.

60. Cervical Spine Research Society (CSRS), Miami Beach, FL, December 5-8, 2002.

61. Surgical Management of Spinal Disorders, Beaver Creek, CO, January 18-21, 2003.

62. International Meeting on Advanced Spine Techniques (IMAST) Meeting at AAOS, New Orleans, LA, February 6, 2003.

63. AANS/CNS Joint Section of the Spine, Tampa, FL, March 5-8, 2003.

64. Co-Director: AANS/CNS Joint Section of the Spine. Pre-meeting Course, Tampa, FL, March 5, 2003.

65. American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

66. Director: AANS Pre-Meeting Course: Modern Techniques and Future Trends in Lumbar Interbody Fusion, San Diego, CA, April 26, 2003.

67. Co-Director: AANS Pre-Meeting Course: Thoracic & Lumbar Stabilization and Fusion: Indications and Complications, San Diego, CA, April 27, 2003.

68. Co-Chairman: Cervical Spine Study Group (CSSG) 3rd Annual Meeting, Colorado Springs, CO, May 15-17, 2003.

69. Co-Director: Resident Instructional Course, Cervical Spine Study Group (CSSG) 3rd Annual Meeting, Colorado Springs, CO, May 15-17, 2003.

70. Neurosurgical Society of America (NSA) 56th Annual Meeting, Bend, OR, June 8-11, 2003.

71. Visiting Surgeon, Denver, CO, June 19-20, 2003.

72. Program Committee: International Meeting on Advanced Spine Techniques (IMAST) 10th Annual Meeting, Rome, Italy, July 10-12, 2003.

73. Chair: Complex Cervical Reconstruction Challenges. International Meeting on Advanced Spine Techniques (IMAST) 10th Annual Meeting, Rome, Italy, July 10, 2003.

12

74.  Chair: Cervical Challenges. International Meeting on Advanced Spine Techniques (IMAST) 10th Annual Meeting, Rome, Italy, July 12, 2003.

75.  Course Director: TLIF, Memphis, TN, September 1-3, 2003.

76.  Cervical Spine Study Group (CSSG), Chicago, IL, September 8, 2003.

77.  Scoliosis Research Society (SRS), Quebec City, Canada, September 11-12, 2003.

78.  Director: Cervical Spine Think Tank, Lake Placid, NY, September 16-18, 2003.

79.  Congress of Neurological Surgeons, Denver, CO, October 18-23, 2003.

80.  Director: PC23: Mastering Spinal Disorders: Dealing with Complexities. Congress of Neurological Surgeons (CNS), Denver, CO, October 19, 2003.

81.  American Academy of Neurological Surgery, 65th Annual Meeting, Williamsburg, VA, October 30-November 1, 2003.

82.  Cervical Spine Course, Platte, SD, November 6-8, 2003.

83.  Cervical Spine Research Society (CSRS), Scottsdale, AZ, December 11-13, 2003.

84.  International Meeting on Advanced Spine Techniques (IMAST) 12th Annual Meeting, Banff, Alberta, Canada, July 5-10, 2005.

85.  Innovative Techniques in Spine Surgery Symposium, 2nd Annual Meeting, Los Cabos, Mexico, July 20-24, 2005.

86.  Surgical Management of Spinal Disorders: Complex Spine Surgery from Cervical to Sacrum, Beaver Creek, CO, January 14-17, 2006.

87.  AANS/CNS Section on Disorders of the Spine and Peripheral Nerves, 22nd Annual Meeting, Lake Buena Vista, FL, March 15-18, 2006.

88.  American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 22-27, 2006.

89.  Co-Director: 001 Thoracic and Lumbar Stabilization and Fusion: Indications and Complications, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 22, 2006.

90.  Co-Director: 011, Thoracic and Lumbar Stabilization and Fusion: Indications and Complications, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 22, 2006.

91.  Co-Director: 022, Cervical Spine Instability: Instrumentation and Other Methods of Management, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 23, 2006.

92.  Moderator: 314, Cutting Edge Strategies for Spine Stabilization, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 26, 2006.

93.  Georgia Neurosurgical Society (GNS) Annual Spring Meeting, Sea Island, GA, May 26-28, 2006.

94.     Co-Chair: Scientific Session I, Neurosurgical Society of America (NSA) Annual Meeting, Ojai,
        CA, June 5-7, 2006.

95.     Canadian Neurosurgical Society (CNSS) Penfield Lecturer: Spinal Arthroplasty during Plenary I
        Session: Scientific and Technical Advances in the Clinical Neurosciences, Canadian Congress
        of Neurological Sciences 41st Annual Scientific Meeting, Montreal, Canada, June 15, 2006.

96.     Cleveland Spine Review Hands-On, Cleveland, OH, July 20-24, 2006.

97.     Congress of Neurological Surgeons (CNS) 56th Annual Meeting, Chicago, IL, October 7-12,
        2006.

98.     Cervical Spine Research Society (CSRS) 11th Instructional Course, Palm Beach, FL,
        November 29, 2006.

99.     Cervical Spine Research Society (CSRS) 34th Annual Meeting, Palm Beach, FL, November 30 –
        December 2, 2006.

100.    American Association of Neurological Surgeons, 75th Annual Meeting, Washington, D.C., April
        14-19, 2007.

101.    Co-Director: 003 Cervical Spine Instability: Instrumentation and Other Methods of
        Management, American Association of Neurological Surgeons, 75th Annual Meeting,
        Washington, D.C., April 14, 2007.

102.    Co-Director: 021 Thoracic and Lumbar Stabilization and Fusion: Indications and Complications,
        American Association of Neurological Surgeons, 75th Annual Meeting, Washington, D.C., April
        15, 2007.

103.    Co-Director: 031 Thoracic and Lumbar Stabilization and Fusion: Indications and Complications,
        American Association of Neurological Surgeons, 75th Annual Meeting, Washington, D.C., April
        15, 2007.

## Lectureships, Seminar Invitations, and Visiting Professorships:

### Presentations

1.     Haid RW Jr: Wernicke-Korsakoff Encephalopathy Following Gastric Plication. Van Liere
       Student Research Convocation, West Virginia University, April 1982.

2.     Haid RW Jr: Wernicke-Korsakoff Encephalopathy Following Gastric Plication. Regional
       Meeting, American College of Physicians, Morgantown, WV, June 1982.

3.     Tishelman AC, Haid RW Jr, Frazen M: Neuropsychological Assessment Before and After
       Neurosurgery. Annual Meeting of the National Academy of Neuropsychologists, Philadelphia,
       PA, October 1985.

4.     Haid RW Jr, Kaufmann HH: Effectiveness and Safety of Tissue Plasmogen Activator for Clot
       Lysis. Society for Neuroscience, Northern West Virginia Chapter, Morgantown, WV, December
       1985.

5.     Haid RW Jr, Kaufmann HH: Effectiveness and Safety of Tissue Plasminogen Activator for Clot
       Lysis. Crutchfield, Gage and Thompson Award. The Neurosurgical Society for the Virginias,
       Hot Springs, VA, January 1986.

6.     Kaufmann HH, Makela ME, Lee KF, Haid RW Jr, Gildenberg PL: Gunshot Wounds to the Head
       – When to Treat? Southern Neurosurgical Society, Boca Raton, FL, February 1986.

7. Haid RW Jr, Kaufman HH: Effectiveness and Safety of Tissue Plasminogen Activator for Clot Lysis. West Virginia University Surgical Residents' Research Competition, Morgantown, WV, May 1988.

8. Haid RW Jr: Cervical Spine Injuries, Emergency Medicine-Trauma Grand Rounds, West Virginia University Hospitals Morgantown, WV, September 1986.

9. Haid RW Jr, Kopitnik TA, Nugent GR: Current Concepts of Treatment of Unilateral Cervical Jumped Facets. The Neurosurgical Society of the Virginias, Hot Springs, VA, January 26, 1987.

10. Kopitnik TA, Kaufman HH, Haid RW Jr, Nugent GR, Marano GD: Stereotaxis Biopsy of Two Intracranial Lesions Using a Single Trajectory and the Todd-Wells Frame with Spherical Coordinates. The Neurosurgical Society of the Virginias, Hot Springs, VA, January 26, 1987.

11. Kopitnik TA, Haid RW Jr, Kaufman HH, Marano GD: Techniques of Stereotactic Biopsy of Two Intracranial Lesions Using a Single Trajectory and Spherical Coordinates. American Society for Stereotactic and Functional Neurosurgery, Montreal, Canada, May 3-6, 1987.

12. Haid RW Jr, Kopitnik TA, Nugent GR: Unilateral Cervical Facet Dislocation – Changing Concepts in Management. Annual Residents Program, West Virginia University, May 9, 1987.

13. Kopitnik TA, Haid RW Jr, Kaufman HH: Technique of Stereotactic Biopsy of Two Intracranial Lesions Using a Single Trajectory and Spherical Coordinates. Annual Resident Research Program., West Virginia University, May 9, 1987.

14. Haid RW Jr, Kopitnik TA, Nugent GR: Unilateral Cervical Facet Dislocation – Changing Concepts in Management, West Virginia Neurosurgery Society, West Virginia State Medical Association, White Sulphur Springs, West Virginia, August 10, 1987.

15. Kopitnik TA, Haid RW Jr, Kaufman HH: Techniques of Stereotactic Biopsy of Two Intracranial Lesions Using a Single Trajectory and Spherical Coordinates, West Virginia Neurosurgical Society, West Virginia State Medical Association, White Sulphur Springs, West Virginia, August 10, 1987.

16. Gold MA, Haid RW Jr, Weiss K, Kaufman HH, et al: Intracranial Hypertension Secondary to Bilateral Radical Neck Dissection, Neurosurgical Society of the Virginia, White Sulphur Springs, West Virginia, January 18-30, 1988.

17. Haid RW Jr, Kopitnik TA, Nugent GR: Cervical Facet Dislocation. Joint Section On Disorders of the Spine and Peripheral Nerves, AANS and CNS, Phoenix, AZ, February 16-20, 1988.

18. Haid RW Jr, Kopitnik, Nugent GR: Cervical Facet Fracture Dislocation, Plenary Session American Association of Neurological Surgeons, Toronto, Ontario, Canada, April 24-28, 1988.

19. Haid RW Jr, Kopitnik TA, Nugent GR: Cervical Spine Dislocations, Southern Neurosurgical Society, Second Place Residency Award, Hot Springs, VA, March 29 – April 2, 1988.

20. Haid RW Jr: Cervical Spine Trauma, American College of Surgeons, Resident's Award, White Sulphur Springs, WV, May 4-7. 1988.

21. Kopitnik TA, Haid RW Jr, Kaufman HH, Nugent GR: Technique of Stereotactic Biopsy of Two Intracranial Lesions Using a Single Trajectory and Spherical Coordinates, American College of Surgeons, White Sulphur Springs, WV, May 4-7, 1988.

22. Gold MA, Haid RW Jr, Weiss K, Kaufman HH: Intracranial Hypertension Secondary to Bilateral Radical Neck Dissection, Second Anglo-American Neuroanesthesia Conference, Williamsburg Conference Center, Williamsburg, VA, May 20-21, 1988.

23.    Haid RW Jr, Kopitnik TA, Mayer PJ, Nugent GR:  The management of Unilateral Facet Dislocation.  Cervical Spine Research Society, Second Common Meeting, American and European Sections, Marseilles, France, June 12-15, 1988.

24.    Haid RW Jr:  New Concepts in Cervical Spine Dislocation, Cervical Spine Research Society, 16th Annual Meeting, Key Biscayne, FL, November 30 – December 3, 1988.

25.    Haid RW Jr, MacMillan M:  Evaluation of a Rigid and Flexible C.D. Transpedicular System for Lumbar and Sacral Fusions, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS and CNS, Cancun, MX, February 22-25, 1989.

26.    Haid RW Jr:  Bilateral Cervical Dislocations – Review and Management, Southern Neurosurgical Society, Pt. Clear, AL, May 9-11, 1989.

27.    Haid RW Jr, Jacob P:  Halifax clamp instrumentation for atlanto-axial instability – a New technique, Southern Neurosurgical Society, Pt. Clear, AL, March 9-11, 1989.

28.    Haid RW Jr, MacMillan M:  Evaluation of a rigid and flexible C.D. transpedicular System for lumbar and sacral fusions, Southern Neurosurgical Society, Pt. Clear, AL, March 9-11, 1989.

29.    Haid RW Jr:  Thoraco-lumbar Trauma Luncheon Seminar, Congress of Neurological Surgeons, Atlanta, GA, October 30, 1989.

30.    Haid RW Jr, MacMillan M:  Cotrel-Dubousset instrumentation for spinal neoplasms, American Association of Neurological Surgeons, Nashville, TN, May 1, 1990.

31.    Haid RW Jr, MacMillan M:  Cotrel-Dubousset instrumentation for spinal tumors, Society of Air Force Clinical Surgeons, Washington, DC, April 5, 1990.

32.    Haid RW Jr:  Fractures of the thoracic spine and instrumentation, General Session, Congress of Neurological Surgeons, Los Angeles, CA, October 23, 1990.

33.    Haid RW Jr:  Cervical spine instability and stabilization, Luncheon Seminar, Congress of Neurological Surgeons, Los Angeles, CA, October 23, 1990.

34.    Haid RW Jr, Papadopoulos S, Sonntag VKH:  Lateral mass plating for cervical Instability, Congress of Neurological Surgeons, Los Angeles, CA, October 22, 1990.

35.    Haid RW Jr, MaManiman S, Sypert G:  Anterior cervical reconstruction and fusion with allograft bone, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS and CNS, Rancho Mirage, CA, February 1, 1991.

36.    Haid RW Jr, Papadopoulos S, Sonntag VKH:  Lateral mass plating for cervical instability, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS and CNS, Rancho Mirage, CA, February 14, 1991.

37.    Haid RW Jr, McManimon S, Sypert G:  Anterior cervical reconstruction and fusion with allograft bone, Southern Neurosurgical Society, The Cloister, GA, March 10, 1991.

38.    Haid RW Jr, Papadopoulos S, Sonntag VKH:  Lateral mass plating for cervical instability, Southern Neurosurgical Society, The Cloister, GA, March 10, 1991.

39.    Haid RW Jr:  Symposium on Spinal Instrumentation, Southern Neurosurgical Society, The Cloister, GA, March 10, 1991.

40.    Haid RW Jr:  Management of thoracolumbar trauma, Breakfast Seminar, American Association of Neurological Surgeons, New Orleans, LA, April 25, 1991.

41. Haid RW Jr, Papadopoulos S, Sonntag VKH: Lateral mass plating for cervical instability, Plenary Session, American Association of Neurological Surgeons, New Orleans, LA, April 22, 1991.

42. Haid RW Jr: Traumatic cervical spine instability and treatment, Texas Association of Neurological Surgeons, Dallas, TX, May 10, 1991.

43. Haid RW Jr: Lumbar spine fusion techniques, AANS Professional Development Program: Degenerative disease of the lumbar spine, San Francisco, CA, June 8-9, 1991.

44. Haid RW Jr: Posterior cervical spine techniques, Third Annual Spine Workshop, Director: P Klara MD, Bethesda, MD, June 11-21, 1991.

45. Haid RW Jr: Anterior and posterior cervical plating techniques, Medical College of Wisconsin Hands-On Spine Instrumentation Workshop. Director: S Larson MD, Milwaukee, WI, July 9, 1991.

46. Haid RW Jr: Advances in the treatment of spinal disorders, Hilton Head Neurosurgical Symposium, August 24, 1991.

47. Haid RW Jr: Cervical spine stabilization workshop, Hilton Head Neurosurgical Symposium, Pre-meeting course, August 20, 1991.

48. Haid RW Jr: Spondylolisthesis, Hilton Head Neurosurgical Symposium, August 24, 1991.

49. Haid RW Jr: Evolution of posterior spinal instrumentation, University of Texas, San Antonio, TX, October 21, 1991.

50. Reinartaz J, Maiman D, Pintar F, Haid RW Jr: Pull-out strength of Caspar screws, Spine Section, Congress of Neurological Surgeons, Orlando, FL, October 28, 1991.

51. Haid RW Jr: Posterior cervical spine instrumentation, Luncheon Seminar, Congress of Neurological Surgeons, Orlando, FL, October 28, 1991.

52. Haid, RW Jr: Pedicle fixation. AANS Hands-On Lumbar Spine Instrumentation Course, St. Louis, MO, November 23-24, 1991.

53. Haid RW Jr.: Approaches and methods of thoracic spine surgery, Breakfast Seminar, AANS, San Francisco, CA, April 13, 1992.

54. Haid RW Jr: Alternatives in thoracolumbar trauma, Breakfast Seminar, AANS, San Francisco, CA, April 14, 1992.

55. Dickman C, Fessler R, MacMillan M, Haid RW Jr: Transpedicular fixation of the lumbar spine, Plenary Session, AANS, San Francisco, CA, April 13, 1992.

56. Dickman C, Fessler R, MacMillan M, Haid RW Jr: Transpedicular fixation of the lumbar spine, Joint Section on Disorders of the Spine and Peripheral Nerves, AANS and CNS, Miami, FL, February 9, 1992.

57. Haid RW Jr: Symposium of Spinal Instrumentation, Southern Neurosurgical Society, Washington, DC, April 4, 1992.

58. Haid RW Jr: Cervical instrumentation, Missouri Neurosurgical Society, St. Louis, MO, April 11, 1992.

59. Haid RW Jr: Lumbosacral instrumentation for degenerative disease, Grand Rounds, Indianapolis, IN, March 6, 1992.

17

60. Haid RW Jr: Posterior cervical plating, Contemporary Spinal Disorders, Maui, HI, March 17, 1992.

61. Haid RW Jr: Evolution of thoracolumbar instrumentation, Texas Association of Neurological Surgeons, San Antonio, TX, May 16, 1992.

62. Haid RW Jr: Indications for lumbosacral arthrodesis, Texas Association of Neurological Surgeons, San Antonio, TX, May 16, 1992.

63. Haid RW Jr: Cervical instrumentation: indications and techniques, Texas Association of Neurological Surgeons, San Antonio, TX, May 17, 1992.

64. Haid RW Jr, McBride D: Spinal stabilization for trauma and degenerative disease, Clinical Neurosurgical Symposia, UCLA, Los Angeles, CA, May 27, 1992.

65. Haid RW Jr: Techniques and complications of lumbosacral pedicle fixation, Institute of Medical Studies, New Orleans, LA, June 6, 1992.

66. Haid RW Jr: Posterior cervical instrumentation techniques, Fourth Annual Spine Workshop, Uniformed Services, University of Health Sciences. Director: P Klara, MD, Bethesda, MD, June 8, 1992.

67. Haid RW Jr: Spinal instrumentation for the neurosurgeon, Baylor University, Houston, TX, June 18, 1992.

68. Haid RW Jr: Indications for spinal stabilization, Grand Rounds: The Neurologic Institute, Columbia School of Physicians and Surgeons, New York, NY, July 30, 1992.

69. Haid RW Jr: New techniques in spinal stabilization, University of Alabama at Birmingham, Birmingham, AL, August 6, 1992.

70. Haid RW Jr: Posterior cervical instrumentation techniques, Stanford University, Palo Alto, CA, September 10, 1992.

71. Haid RW Jr: Pedicle fixation, AANS Lumbar Spine Stabilization – Hands-On, San Antonio, TX, October 18, 1992.

72. Haid RW Jr: Posterior cervical fixation techniques, AANS Surgery of the Cervical Spine – Hands-On, St. Louis, MO, October 2, 1992.

73. Haid RW Jr: Indications for spinal instrumentation, Neurosurgery Grand Rounds, Mayo Clinic, Rochester, MN, October 10, 1992.

74. Haid RW Jr: Subaxial posterior cervical spine stabilization, Pre-meeting Course, Congress of Neurological Surgeons, Washington, DC, November 1, 1992.

75. Haid RW Jr: Surgical approaches to the craniovertebral junction, Luncheon Seminar, Congress of Neurological Surgeons, Washington, DC, November 3, 1992.

76. Haid RW Jr: Posterior cervical fixation techniques, AANS Surgery of the Cervical Spine – Hands-On, USC Los Angeles, CA, November 20, 1992. ·

77. Coe J, McAfee P, Anderson P, Haid RW Jr: Trans-articular screw fixation for C1-2 fusion: A review of the early results and complications of the collected experience of North American spinal surgeons with the Magerl technique, Cervical Spine Research Society, Palm Springs, CA, December 4-6, 1992.

18

78. Haid RW Jr: Lateral mass cervical plating techniques, Spinal Symposium, Salt Lake City, UT, January 12, 1993.

79. Haid RW Jr: Indications for posterior cervical stabilization, Spinal Symposium, UCLA, Los Angeles, CA, January 19, 1993.

80. Haid RW Jr: Posterior cervical plating, Joint Section of Spinal Disorders and Peripheral Nerves, AANS and CNS, Tucson, AZ, February 17, 1993.

81. Haid RW Jr: Degenerative spondylolisthesis: natural history and treatment, Southern Neurosurgical Society, Pre-meeting course, Williamsburg, VA, April 1, 1993.

82. Haid RW Jr, Ansell LV: Transfacet screw fixation for atlanto-axial instability, Southern Neurosurgical Society, Williamsburg, VA, April 4, 1993.

83. Haid RW Jr: Overview of spinal instrumentation, AANS Pre-meeting Course, Thoracolumbar Instrumentation, Boston, MA, April 24-25, 1993.

84. Haid RW Jr: Cervical spine stabilization techniques, Breakfast Seminar, AANS, Boston, MA, April 27, 1993.

85. Haid RW Jr: Atlanto-axial fixation techniques, AANS Cervical Spine Course, Kansas City, KS, May 14, 1993.

86. Haid RW Jr: Atlanto-axial stabilization techniques, AANS Cervical Spine Course, Toronto, Canada, June 4, 1993.

87. Haid RW Jr: Posterior cervical stabilization, Fifth Annual Spine Workshop, Uniformed Services University for the Health Sciences, Bethesda, MD, June 21, 1993.

88. Arriaga M, Haid RW Jr, Masel D: Anti-dromic stimulation of the greater superficial Petrosal nerve in middle fossa surgery, American Otological Society, Los Angeles, CA, April 18, 1993.

89. Haid RW Jr: Posterior cervical stabilization: Practical techniques on spinal instrumentation – a cadaver workshop, University of Florida, August 2, 1993.

90. Haid RW Jr: Posterior cervical instrumentation, Special Course, Congress of Neurological Surgeons, Vancouver, Canada, October 3, 1993.

91. Haid RW Jr: Posterior cervical stabilization, Luncheon Seminar, Congress of Neurological Surgeons, Vancouver, Canada, October 6, 1993.

92. Haid RW Jr: What's new in spinal injury, Special Lecture: Joint Section on Neurotrauma and Critical Care, Congress of Neurological Surgeons, Vancouver, Canada, October 4, 1993.

93. Haid RW Jr: Ventral thoracolumbar instrumentation, AANS Surgery of the Thoracolumbar Spine – Hands-On, Pittsburgh, PA, October 22, 1993.

94. Arriaga M, Haid RW Jr: Transcochlear exposure of the ventral brainstem, Southern Medical Association, New Orleans, LA, October 29, 1993.

95. Haid RW Jr: Screw fixation techniques of C1-C2, Orthopaedic Grand Rounds, University of Pittsburgh, Pittsburgh, PA, October 30, 1993.

96. Haid RW Jr: Atlanto-axial transfacet screw fixation, Special Course, Joint Section on Disorders of the Spine and Peripheral Nerves, Ft. Lauderdale, FL, February 9, 1994.

97. Haid RW Jr, Dunsker S, et al: Consultant's Corner, AANS, San Diego, CA, April 10, 1994.

98. Haid RW Jr: Techniques for successful spinal fusion, Breakfast Seminar, AANS, San Diego, CA, April 11, 1994.

99. Haid RW Jr: Management of thoracolumbar fractures, Breakfast Seminar, AANS, San Diego, CA, April 13, 1994.

100. Haid RW Jr: Overview of thoracolumbar instrumentation, Pre-meeting Course, Co-Director, AANS, San Diego, CA, April 10, 1994.

101. Haid RW Jr: Lateral mass cervical spine fixation: a contemporary update on disorders of the spine, Snowbird, UT, January 10, 1994.

102. Coe JD, MacAfee P, Anderson, P, Haid RW Jr: Transarticular screw fixation for C1-2 fusions: a review of the early results and complications of the collected experience of North American spinal surgeons with the Magerl technique, American Academy of Orthopaedic Surgeons, New Orleans, LA, February 26, 1994.

103. Haid RW Jr: Posterior cervical spine stabilization, Practical Techniques in Spinal Instrumentation, University of Florida, Orlando, FL, March 28, 1994.

104. Haid RW Jr: Management of cervical spondylosis, Pre-meeting Course, Southern Neurosurgical Society, White Sulphur Springs, WV, April 28, 1994.

105. Haid RW Jr: Results of the Think First National Efficacy Study, Southern Neurosurgical Society, April 29, 1994.

106. Haid RW Jr, Gallagher M, Woodard E: Complications of anterior cervical plating, Southern Neurosurgical Society, April, 1994.

107. Haid RW Jr: Special Lecture: New concepts in lumbar surgery, Southern Neurosurgical Society, May 1, 1994.

108. Haid RW Jr: Screw fixation techniques for atlanto-axial instability, AANS Cervical Spine Course, New Orleans, LA, May 13, 1994.

109. Haid RW Jr: Occipital-cervical fixation techniques, AANS Cervical Spine Course, New Orleans, LA, May 13, 1994.

110. Haid RW Jr: Cervical spine disease, 2nd Annual Upper Extremity Symposium, Section of Plastic & Reconstructive Surgery, Emory University, Atlanta, GA, September 8, 1995.

111. Lecture: Anterior thoracolumbar stabilization, Co-Director, Thoraco-Lumbar Stabilization Course (2 courses), Congress of Neurological Surgeons, San Francisco, CA, October 15-18, 1995.

112. Seminar: Degenerative lumbar instability, Congress of Neurological Surgeons, San Francisco, CA, October 15-18, 1995.

113. Biomechanical Lecture Series: Design criteria for spinal implants, Georgia Institute of Technology, October 26, 1995.

114. Course Director: Lumbar pedicle instrumentation. Lecture: Anatomy and placement of pedicle screws, Spinal Science Advancement Foundation, Memphis, TN, October 28, 1995.

115. Lectures: 1) Anterior thoracolumbar stabilization, and 2) Pathogenesis of discogenic disease. Wayne State University, Detroit, MI, November 14-15, 1996.

20

116. Lecture: Posterior cervical fixation. 7th Annual Spine Symposium, Vancouver, Canada, January 15, 1996.

117. Lectures: 1) Cervical Body Interbody Implants, and 2) Bone Substitutes. Total Spine: Advanced Concepts and Constructs. Cancun, MX, February 2-4, 1996.

118. Course Director: Lumbar pedicle stabilization, 2) Course Instructor: Anterior cervical fixation, and 3) Scientific Session: Bone substitutes. AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves. Orlando, FL, February 28-March 3, 1996.

119. Lecture: Cervical spine injuries in athletics. Southern Orthopaedic Association Sports Symposium. Southern Medical Association, New Orleans, LA, March 9, 1996.

120. Lecture: Anterior Thoracolumbar Stabilization. George Tindall Visiting Lecture Series, Atlanta, GA, March 23, 1996.

121. Overview of minimally invasive spine techniques. Post-meeting course. Southern Neurosurgical Association, Miami, FL, March 31, 1996.

122. Spine Seminar: Posterior cervical fusion. Japanese Congress of Neurological Surgery, Matsu, Japan, April 11, 1996.

123. Lumbar pedicle fixation. Nagoya Neurosurgical Symposium. Nagoya, Japan, April 8, 1996.

124. Lectures: 1) Anterior thoracolumbar fixation, 2) Minimally invasive spine surgery, 3) C1-C2 fixation techniques. Aichi University. Aichi, Japan, April 12-15, 1996.

125. 1)Lecture: Posterior cervical fixation techniques, 2) Course Co-Director: Thoracolumbar stabilization, and Lecture: Anterior thoracolumbar stabilization, 3) Seminar Moderator: Thoracolumbar fractures, 4) Seminar: Biomechanics of spinal fusion. American Association of Neurological Surgeons. Minneapolis, MN, April 27 – May 2, 1996.

126. Atlanto-axial transarticular screw fixation. Neurosurgical Society of America, Laguna Niguel, CA, May 6-8, 1996.

127. Lectures: 1) Thoracolumbar fixation, and 2) Current techniques in cervical stabilization. Oregon Health Sciences Center, Portland, OR, May 16-18, 1996.

128. Lectures: 1) Occipital-cervical fixation, and 2) C1-C2 fixation techniques. Georgia Neurosurgical Society, Sea Island, GA, May 25-26, 1996.

129. Lectures: 1) Lateral mass cervical spine fixation, and (2) C1-C2 fixation techniques. 8th Annual Spine Workshop, Bethesda, MD, June 10-11, 1996.

130. Course Co-Director: 1) C1-C2 fixation techniques and 2) Occipital cervical fixation. AANS Professional Development Program, Cervical Spine Stabilization, Memphis, TN, June 21-25, 1996.

131. Lectures: 1) Anterior cervical approaches, and 2) Anterior thoracic approaches. Anterior Spinal Approaches Course, Spinal Scientific Advancement Foundation, Memphis, TN, August 3-4, 1996.

132. Invited Honored Guest, 1) Lumbar fusion techniques, 2) Posterior cervical stabilization techniques. Montana Neurosurgical Symposium, 2nd Annual Meeting, Kalispell, MT, September 3-6, 1996.

133. 1)Co-Director, Practical Course: Lumbosacral Instrumentation and Fusion Techniques. 2) Speaker, Luncheon Seminar: Techniques of Bone Grafting and Biology of Spinal Fusion, (3)

Speaker, General Scientific Session III: Upper cervical spine trauma: analysis of outcome. Congress of Neurological Surgeons Annual Meeting, Montreal, Canada, September 28 - October 3, 1996.

134. Lecture: New stabilization techniques of the occipital--atlanta-axial junction. South Carolina Spine Society, November 2, 1996.

135. Lecture: Spine update: minimally invasive spine techniques. North Carolina Neurosurgical Society, November 16, 1996.

136. Lecturers: 1) Surgical treatment of anterior approach in ossification of the posterior longitudinal ligament of the cervical spine, 2) Lateral mass plating of the posterior spine, 3) Anterior spinal fixation with the new Codman cervical plate: review of first 52 patients, and 4) The use of freeze-dried allogeneic fibula for fusion after anterior cervical diskectomy. Georgia Neurosurgical Society, Atlanta, GA, November 22-24, 1996.

137. Invited Speaker: Degenerative cervical spine disease neurology and neurosurgery update. Emory University School of Medicine, Atlanta, GA, Dec. 6-7, 1996.

138. Invited Speaker, Lectures: 1) Minimally invasive techniques in spinal surgery: developmental status, 2) Sports-related cervical spine injury: hot topics in cold weather. Southern Medical Association, Mt. Crested Butte, CO, January 21-26, 1997.

139. 1)Anterior cervical reconstruction 2) Debate Panelist: Is plating indicated for the single or double level cervical fusion? 3) Discussion Moderator: Endoscopic discectomy and Frameless Stereotaxis, 4) Workshops: Advanced constructs: implant section. Total Spine: Advanced Concepts and Constructs, Cancun, MX, February 1-3, 1997.

140. Lectures: 1) The Impact of THINK FIRST: An effective neurotrauma prevention program, 2) Posterior occipitocervical fusion using a new titanium device: review of first 20 patients, 3) Lateral mass plating of the posterior spine; Poster: 1) The use of freeze-dried allogenic fibula for fusion after anterior cervical discectomy. 2) Antibiotic impregnated methylmethacrylate (A/M) for the treatment of deep wound infection with spinal instrumentation. AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, 13th Annual Meeting, Newport Beach, CA, February 19-22, 1997.

141. Lecture: Lateral mass plating of the cervical spine. Joint Meeting of the Society of British Neurological Surgeons and the Neurosurgical Society of America, University of Cambridge, Robinson College, Cambridge, London, England, March 29 - April 5, 1997.

142. 1)Practical Clinic Faculty: Cervical spine instability: instrumentation and other methods of management, 2) Practical Clinic Course Director: Thoracic and lumbar stabilization techniques, 3) Breakfast Seminar Panelist: Biomechanics of spinal instrumentation. AANS Annual Meeting, Denver, CO, April 12-16, 1997.

143. Panelist: Odontoid fractures, Lecture: 1) Treatment of unstable thoracolumbar burst fractures, 2) Treatment of cervico-thoracic instability. Indiana Spine Trauma Symposium, Indianapolis, IN, May 2-3, 1997.

144. Lectures: 1) Ventral cervical fixation techniques, 2) Management of blood loss during spinal surgery, 3) Minimally invasive surgery. I AANS Spine Surgery - Hands-On, Albuquerque, NM, May 12-18, 1997.

145. Lectures: 1) Pediatric occipitocervical arthrodesis: a review of current options and early evaluation of a rigid internal fixation device, 2) Anterior spinal fixation with the new Codman cervical plate: review of first 52 patients, 3) The use of freeze-dried allogeneic fibula for fusion after anterior cervical discectomy, 4) Surgical treatment of anterior approach in ossification of the posterior longitudinal ligament of the cervical spine, 5) Lateral mass plating of the posterior

spine. Georgia Neurosurgical Society, Annual Spring Meeting, Sea Island, GA, May 23-25, 1997.

146.    Lectures: 1) Posterior plating in the cervical and thoracic spine, 2) The use of freeze-dried allogeneic fibula for fusion after anterior cervical discectomy. Southern Neurosurgical Society Meeting, Pinehurst, NC, June 5, 1997.

147.    Lecture: Laparoscopic lumbar interbody fusions. Teton Neurosurgical Society, Napa Valley, CA, July 30 - August 3, 1997.

148.    Lectures: 1) Minimally invasive spine techniques, 2) Interbody lumbar cages. Montana Neurosurgical Symposium, Kalispell, MT, September 1-3, 1997.

149.    Lectures: 1) Course Director: Lumbosacral instrumentation and fusion: screws, dowels, and cages, 2) Lumbar interbody cage technologies, 3) Spinal surgery in 2000, 4) Spinal implants: basics to innovations, 5) Moderator: Cervical Spine Consultant's Corner, 5) Pediatric Session: Pediatric occipital-cervical arthrodesis. Congress of Neurological Surgeons, Annual Meeting, New Orleans, LA, September 27 - October 2, 1997.

150.    Lectures: 1) C1-C2 screw fixation, 2) New techniques spine surgery: neuronavigation and laparoscopy, 3) Moderator: Thoracolumbar trauma. 1st Japanese-Korean Spine Society, Nagoya, Japan, September 19-21, 1997.

151.    Lectures: 1) Overview: minimally invasive spinal techniques, 2) Theories of lumbar interbody fusion devices. Annual Clinical Assembly of Osteopathic Specialists, Atlanta, GA, September 20-23, 1997.

152.    Lecture: New techniques for atlanto-axial instability in rheumatoid arthritis. Emory University School of Medicine, Rheumatology Conference, Atlanta, GA, October 16, 1997.

153.    Lectures: 1) Posterior plating in the cervical and thoracic spine, 2) Freeze-dried allogenic fibula for fusion of the anterior cervical discectomy. North American Spine Society Annual Meeting, New York, NY, October 22-25, 1997.

154.    Lectures: 1) Biology of bone healing and techniques of bone grafting, 2) Lateral mass plate fixation. Congress of the Peruvian Neurosurgical Society and the Spine Committee of the World Federation of Neurosurgical Societies, Lima, Peru, November 1-2, 1997.

155.    Poster Presentation: The effect of spinal pathology on lumbar arthrodesis. Spine + Science + Management, New Orleans, LA, November 14-15, 1997.

156.    Lectures: 1) Complication of pedicle screw fixation: a surgeon's experience with 2431 screws, 2) The effect of spinal pathology on successful arthrodesis in pedicle screw fusions, 3) Microdiscectomy vs. microendoscopic discectomy: early experience & comparison of techniques. Georgia Neurosurgical Society, Fall Meeting, Atlanta, GA, November 22-23, 1997.

157.    Lectures: 1) Posterior plating in the cervical and thoracic spine, 2) Freeze-dried allogenic fibula for fusion of the anterior cervical discectomy. Cervical Spine Research Society, Rancho Mirage, CA, December 3-6, 1997.

158.    Presentations: 1) Lumbar fusion is appropriate management of discogenic pain, regional back pain, 2) Clinical and radiological evaluation of the Codman anterior cervical plate: interim one year results of a prospective, multicenter study, 3) The effect of spinal pathology on successful arthrodesis in pedicle screw fusions. Poster Presentations: 1) Single stage anterior-posterior decompression and stabilization in complex cervical disorders, 2) Anterior cervical corpectomy,

       fibular allograft and plate osteosynthesis: results and complications, 3) A learning curve for threaded lumbar implants: complication avoidance and management, 4) Anterior cervical corpectomy, autograft iliac crest and plate osteosynthesis: results and complications, 5) Anterior thoracolumbar vertebrectomies, gifting and instrumentation: results and complications. AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Annual Meeting, Rancho Mirage, CA, February 11-14, 1998.

159.   Lectures: 1) Principles and options for interbody spinal fusion, 2) Interbody spinal fusion: advances in theory and implant. Spinal Science Advancement Foundation: Interbody Spinal Fusion: Advances in Theory and Implants, Philadelphia, PA, April 24, 1998.

160.   Presentations: 1) Spinal stabilization: state of the art – principles of selection, application and construction design, 2) Pre-meeting course: Cervical spine, posterior occipital and cervical constructs, Breakfast Seminar, Moderator: 1) Thoracolumbar trauma. AANS Annual Meeting, Philadelphia, PA, April 25-30, 1998.

161.   Lectures: 1) Cervical spondylosis, 2) Upper cervical (C1-C2) screw fixation techniques, 3) Ventral cervical fixation techniques. AANS Hands-On Spine Surgery, Albuquerque, NM, May 16-22, 1998.

162.   Lectures: 1) Single stage anterior-posterior reconstruction in complex cervical spine disorders, 2) Laparoscopic lumbosacral fusion, 3) Anterior cervical corpectomy, fibular allograft and plate osteosynthesis, 4) Techniques for fusion extension in the thoracolumbar spine. Georgia Neurosurgical Society, Annual Meeting, Sea Island, GA, May 22-24, 1998.

163.   Lecture: Lateral mass anatomy. International Spine Workshop for Spine Surgeons, Hands-On Cadaver Program & Live Porcine Preparations, Bethesda, MD, June 2-19, 1998.

164.   Moderator: 1) Session 1: Cervical spine, Lecture: 1) Anterior cervical stabilization – principles and techniques, 2) Discussion/Panel: Identifying the Pain Focus: The Dark Disc, Modic Inflammatory Changes; Discography; Facet Injections. Spinal Science Advancement Foundation, Global Spine: Surgical Principles and the Latest Techniques, Kamuela, HI, June 5-7, 1998.

165.   Luncheon Seminars: 1) Techniques of bone grafting and biology of spinal fusion, 2) Lumbar interbody fusion, (moderator), Scientific Session Open Paper: 1) Single stage anterior-posterior reconstruction in complex cervical spine disorders. Congress of Neurological Surgeons, Annual Meeting, Seattle, WA, October 3-8, 1998.

166.   1)A learning curve for threaded lumbar interbody fusion implants: complication avoidance and management, 2) Single stage anterior-posterior reconstruction in complex cervical spine disorders. North American Spine Society (NASS), Annual Meeting, San Francisco, CA, October 28-31, 1998.

167.   Rodts GR, Haid RW Jr, Birch B: Special considerations in transoral surgery for complex basilar invagination. Georgia Neurosurgical Society Meeting, Atlanta, GA, November 21-22, 1998.

168.   Schultz KD and Haid RW Jr: Single stage anterior-posterior reconstruction in complex cervical spine disorders. Spine Science Meeting, New Orleans, LA, November 19-21, 1998.

169.   1)Anterior odontoid screw, occipital – cervical fusion, 2) $C_1 - C_2$ screw techniques. Pre-Meeting, Cervical Spine Workshops, 18th Latin American Congress of Neurosurgery, Santiago, Chile, October 10-11, 1998.

170.   A learning curve for threaded lumbar interbody fusion implants: complication avoidance and management. North American Spine Society 13th Annual Meeting, San Francisco, CA, October 28-31, 1998.

171.   Birch BD, Rodts GE, Haid RW Jr: Surgical outcome after transoral odontoidectomy and occipitocervical fusion for basilar impression. Spine Science Meeting, New Orleans, LA, November 19-21, 1998.

172.   Theories of lumbar interbody techniques. AANS / CNS Joint Section of Spine and Peripheral Nerves, Orlando, FL, February 10, 1999.

173.   Lumbar fusion is indicated in lumbar spondylolisthesis with stenosis. AANS / CNS Joint Section of Spine and Peripheral Nerves, Orlando, FL, February 13, 1999.

174.   1)Pedicle screws: techniques & biomechanics, 2) PLIF: patient selection, management, outcomes. Lumbosacral Instrumentation: Complication Management & Avoidance. BNI Phoenix, AZ, March 26-27, 1999.

175.   Invited Speaker: Surgical treatment of discogenic pain.  Neurosurgical Society of America, Phoenix, AZ, March 29, 1999.

176.   1)Occipital – cervical stabilization. 2) Subaxial cervical stabilization. AANS, New Orleans, LA, April 24, 1999.

177.   Theories & principles of lumbar interbody fusion. AANS, New Orleans, LA, April 25, 1999.

178.   Moderator: Spinal stabilization: state of the art. AANS, New Orleans, LA, April 26, 1999.

179.   Clinical issues in anterior cervical fusion. AANSN, New Orleans, LA, April 26, 1999.

180.   Management of thoracolumbar fractures. AANS, New Orleans, LA, April 29, 1999.

181.   Principles and options for interbody spinal fusion. Global Spine, Maui, HI, June 18, 1999.

182.   Anterior and posterior fusion in the cervical spine. Global Spine, Maui, HI, June 20, 1999.

183.   Image guided spinal surgery, $C_1 – C_2$. Global Spine, Maui, HI, June 20, 1999.

184.   Frontiers in spinal surgery. Rocky Mountain Neurosurgical Society, Coeur d' Alene, ID, June 23, 1999.

185.   Theories of lumbar interbody fusion. Rocky Mountain Neurosurgical Society, Coeur d' Alene, ID, June 24, 1999.

186.   Lumbar interbody theories. Montana Neurosurgical Symposium, Kalispell, MT, August 28-31, 1999.

187.   Frontiers in spinal surgery. Montana Neurosurgical Symposium, Kalispell, MT, August 28-31, 1999.

188.   Lectures: 1) New techniques in neuronavigation of the spine, 2) PLIF: theories, techniques and outcomes, 3) C1-C2 screw stabilization: techniques and outcomes, 4) New techniques in anterior cervical plating. Brazilian Neurosurgical Society Meeting, Sao Paul, Brazil, October 9-12, 1999.

189.   Advances in minimally invasive lumbar spine surgery. NASS 14th Annual Meeting, Chicago, IL, October 22, 1999.

190.   Theories of interbody techniques. Congress of Neurological Surgeons, Boston, MA, October 30, 1999.

191.   Gender and racial differences in presentation and initial improvement following lumbar surgery. Congress of Neurological Surgeons, Boston, MA, November 1, 1999.

192. Key patient factors in the decision to offer surgery on the lumbar spine. Congress of Neurological Surgeons, Boston, MA, November 3, 1999.

193. PLIF with cages and dowels. Congress of Neurological Surgeons, Boston, MA, November 4, 1999.

194. Discography in failed back syndrome. Georgia Neurosurgical Society, Atlanta, GA, November 13-14, 1999.

195. Preliminary results with threaded cortical bone dowels. Georgia Neurosurgical Society, Atlanta, GA, November 13-14, 1999.

196. Management of spinal disorders in renal-failure patients. Georgia Neurosurgical Society, Atlanta, GA, November 13-14, 1999.

197. Atlanto-axial fixation techniques. Georgia Neurosurgical Society, Atlanta, GA, November 13-14, 1999.

198. Impacted PLIF techniques. Global Spine, Cancun, MX, February 18-20, 2000.

199. Cervical interbody constructs. Global Spine, Cancun, MX, February 18-20, 2000.

200. Evolution of interbody fusion. AANS/CNS Joint Spine Section Pre-meeting course, Palm Springs, CA, February 23, 2000.

201. Development of the artificial disc. AANS/CNS Joint Spine Section, Palm Springs, CA, February 24-27, 2000.

202. Fusion is not always indicated after cervical laminectomy. AANS/CNS Joint Spine Section, Palm Springs, CA, February 24-27, 2000.

203. Current PLIF techniques. AANS, San Francisco, CA, April 8-13, 2000.

204. Discussant: Virtual fluoroscopy. AANS, San Francisco, CA, April 8-13, 2000.

205. Breakfast Seminar: Spine stabilization, state of the art. AANS, San Francisco, CA, April 8-13, 2000.

206. C1-C2 transarticular screw fixation. AANS, San Francisco, CA, April 8-13, 2000.

207. Breakfast Seminar: Complications and lessons learned. AANS, San Francisco, CA, April 8-13, 2000.

208. Anterior cervical plate fixation. World Federation of Neurosurgical Societies Spine Seminar (WFNS), St. Petersburg, Russia, May 20-21, 2000.

209. Anterior odontoid screw fixation. World Federation of Neurosurgical Societies Spine Seminar (WFNS), St. Petersburg, Russia, May 20-21, 2000.

210. C1-C2 screws. World Federation of Neurosurgical Societies Spine Seminar (WFNS), St. Petersburg, Russia, May 20-21, 2000.

211. Anterior-posterior single stage surgery for complex spinal deformities. IMAST, Barcelona, Spain, July 6-8, 2000.

212. PLIF for spondylolisthesis. IMAST, Barcelona, Spain, July 6-8, 2000.

213.    Biomechanics of spinal column failure—the upper cervical Spine. Spine Review: Hands-On 2000, Cleveland Clinic, OH, August 19-22, 2000.

214.    Vertical cervical fixation techniques. Spine Review: Hands-On 2000, Cleveland Clinic, OH, August 19-22, 2000.

215.    Complication avoidance: ALIF & PLIF. Montana Neurosurgical Symposium, Chico, MT, September 28-31, 2000.

216.    Cervical spine reconstructive strategies. Montana Neurosurgical Symposium, Chico, MT, September 28-31, 2000.

217.    Evolution of ventral cervical plate fixation. Montana Neurosurgical Symposium, Chico, MT, September 28-31, 2000.

218.    Degenerative disease of the cervical spine. CNS, San Antonio, TX, September 23-28, 2000.

219.    Do the outcomes data support interbody lumbar fusion? CNS, San Antonio, TX, September 23-28, 2000.

220.    PLIF with allograft bone: a comparison of cylindrical dowels and impacted wedges. CNS, San Antonio, TX, September 23-28, 2000.

221.    Threaded bone dowels: a 2-year follow-up. CNS, San Antonio, TX, September 23-28, 2000.

222.    Anterior cervical plates: evolution & classification. AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

223.    BMP: Overview, update, FDA status. AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

224.    The Internet & your practice: hype or reality? AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

225.    Barnes BB, Suh D, Rodts GE, Haid RW: PLIF with allograft bone: results comparing cylindrical dowels and impacted wedges. AANS/CNS Joint Spine Section, Phoenix, AZ, February 15, 2001.

226.    Haid RW: Problems with cages. AANS/CNS Joint Spine Section, Phoenix, AZ, February 16, 2001.

227.    Tang GW, Haid RW, Rodts GE: Mayfield Clinical Science Paper. AANS/CNS Joint Spine Section, Phoenix, AZ, February 16, 2001.

228.    Tang GW, Haid RW, Rodts GE: The natural history of discogenic pain. AANS/CNS Joint Spine Section, Phoenix, AZ, February, 2001.

229.    Rodts GE, Edwards CC, Haid RW, Heller JG, Murakami H: Laminectomy and fusion versus laminoplasty for multi-level cervical myelopathy: an independent matched cohort analysis. AANS/CNS Joint Spine Section, Phoenix, AZ, February 16, 2001.

230.    Foley K, Rodts GE, Rosenberg WS, Suh D, Haid RW: Percutaneous lumbar pedicle screw/rod placement. AANS/CNS Joint Spine Section, Phoenix, AZ, February 16, 2001.

231.    Tang G, Rodts G, Haid R: Discography in Failed-Back Syndrome. AANS Annual Meeting, 2001.

232.    Tang G, Rodts G, Haid R: Degenerative Disc Disease Following Lumbar Discectomy. AANS Annual Meeting, 2001.

27

233.   Barnes BB, McLaughlin M, Rodts G, Haid R: Threaded Cortical Bone Dowels for Lumbar Fusion: One-Year Results. AANS Annual Meeting, 2001.

234.   Tang G, Haid RW Jr., Rodts G: The natural history of discogenic pain. Georgia Neurosurgical Society, Spring Meeting, Sea Island, GA, May 25-27, 2001.

235.   Subach BR, Haid RW Jr., Rodts G, Kaiser M: Bone morphogenetic protein (rhBMP-2): overview and clinical update. Georgia Neurosurgical Society, Spring Meeting, Sea Island, GA, May 25-27, 2001.

236.   Rodts G, Haid RW Jr., Subach BR, Kaiser M: Lumbar kyphotic deformity: definition, diagnosis, and treatment options. Georgia Neurosurgical Society, Spring Meeting, Sea Island, GA, May 25-27, 2001.

237.   Haid RW Jr.: PLIF with allograft bone: results comparing cylindrical dowels and impacted wedges. Neurosurgical Society of America/AANS, Annual Meeting, Amelia Island, FL, June 7, 2001.

238.   Tang G, Haid RW Jr., Rodts G: The natural history of discogenic pain. CNS Annual Meeting, San Diego, CA, Sept 29-Oct 4 2001.

239.   Subach BR, Haid RW, Rodts GE, Fiore AJ, Mummaneni PV, Petraglia CA: Fractures, Stenosis, and Sports: Guidance and Participation. CNS Annual Meeting, San Diego, CA, September 29-October 4, 2001.

240.   Subach BR, Haid RW Jr.: CNS Annual Meeting, San Diego, CA, September 29–October 4, 2001.

241.   Mummaneni PV, Rodts GE, Subach BR, Haid RW: Current Management of Thoracic Disc Disease, Georgia Neurosurgical Society, Atlanta, GA, November, 2001.

242.   Haid RW, Mummaneni PV, Rodts GE, Subach BR: Anterior Cervical Instrumentation: Current and Emerging Techniques, Joint Section on Disorders of the Spine and Peripheral Nerves, Orlando, FL, February, 2002.

243.   Haid RW, Mummaneni PV: CSSG Classification of Anterior Cercial Plates, Joint Section on Disorders of the Spine and Peripheral Nerves, Orlando, FL, February, 2002.

244.   Mummaneni PV, Rodts GE, Sasso RC, Traynelis VC, Subach BR, Fiore AJ, Haid RW: Posterior Cervical Fusion Using a New Polyaxial Screw and Rod System: Technique and Early Results, Southern Neurosurgical Society, Savannah, GA, March 6-9, 2002.

245.   Mummaneni PV, Haid RW, Rodts GE, Subach BR: Incidental Cervical Stenosis, Southern Neurosurgical Society, Savannah, GA, March 6-9, 2002.

246.   Mummaneni PV, Fiore AJ, Haid RW, Rodts GE, Subach BR, Sasso RC, Birch BD, Atlanta Lateral Mass Screws for Posterior Spinal Reconstruction, International Meeting on Advanced Spine Techniques, Montreux, Switzerland, May 23-25, 2002.

247.   Haid RW, Mummaneni PV, Transarticular C1-2 Screws versus Lateral Mass C1-C2 Screw-Rod Technique, International Meeting on Advanced Spine Techniques, Montreux, Switzerland, May 23-25, 2002.

248.   Barnes BB, Haid RW Jr, Rodts GE Jr: Multilevel Anterior Cervical Discectomy and Fusion versus Corpectomy: Significantly Better Outcomes with Corpectomy at 19-month Follow-up, Congress of Neurological Surgeons Meeting, Philadelphia, PA, September 21-26, 2002.

28

249. Haid R: C1-C2 Fixation, Global Spine: Surgical Principles and the Latest Techniques, Dana Point, CA, October 18-20, 2002.

250. Mummaneni PV, Haid RW, Rodts GE: Principles of Spinal Deformity – Evaluation of Adult Thoracolumbar Deformity and Nonoperative Treatment Options, Southern Neurosurgical Society, Orlando, FL, March 14-16, 2003.

251. Haid RW: Anterior Cervical Plating, American Association of Neurological Surgeons, San Diego, CA, April 26, 2003.

252. Moderator: Cutting Edge Strategies for Spine Stabilization. American Association of Neurological Surgeons, San Diego, CA, April 30, 2003.

253. Mummaneni PV, Haid RW, Rodts GE: Transforaminal Lumbar Interbody Fusion for Spondylolistheses: Technical Advances, Practical Course 2, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

254. Mummaneni PV, Haid RW, Rodts GE: Transforaminal Lumbar Interbody Fusion for Spondylolistheses: Technical Advances, Practical Course 13, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

255. Mummaneni PV, Haid RW, Rodts GE: Biology of Bone Fusion, Practical Course 16, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

256. Mummaneni PV, Haid RW, Rodts GE, Cheruvu RS: History of CT Scanning and Future Applications in Spine Surgery, Breakfast Seminar 403, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

257. Haid RW: C1 Lateral Mass Fixation, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

258. Haid RW: Anterior Cervical Fusion and Instrumentation, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

259. Haid RW: Prognostic Factors for Radiofrequency Facet Thizotomy for Chronic LBP, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

260. Haid RW: Complications in Complex Spinal Surgery: Lessons Learned, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

261. Haid RW: Anterior Approaches to Cervical Trauma. American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

262. Haid RW: ALIF/PLIF Significantly Improves Outcome, American Association of Neurological Surgeons, San Diego, CA, April 26-May 1, 2003.

263. Haid R, Robertson J, Zdeblick T: Clinical Evolution of a Metal-on-Metal Cervical Disc Prosthesis, IMAST, Rome, Italy, July 10, 2003.

264. Moderators: Haid R, Traynelis V: Session VIII: The Cervical Spine, IMAST, Rome, Italy, July 11, 2003.

265. Mummaneni PV, Haid RW, Boakye M, Rodts GE: Transoral Odontoidectomy: Pearls and Pitfalls Learned from a 15 Year Experience, IMAST, Rome, Italy, July 11, 2003.

266. Chair: Cervical Challenges. IMAST, Rome, Italy, July 12, 2003.

267.    Brotchi J, Gill S, Haid R, Nelson R, McCombe P, Porchet F, Traynelis V, Zdeblick T: A
        Clinical and Radiographic Comparison of the Prestige™ Cervical Disc System to Fusion for the
        Treatment of Single Level Degenerative Disease, European Cervical Spine Research Society
        (Submitted).

268.    Gill S, Haid R, Nelson R, Traynelis V, Robertson J, Zdeblick T:  Long-Term Experience with the
        Prestige™ Cervical Disc Ssytem in an End Stage Indication, European Cervical Spine Research
        Society (Submitted).

269.    Haid RW:  Innovations in Cervical Interbody Fixation:  Polymers, BMP, and Arthroplasty,
        Visiting Professor, Weill Medical College of Cornell University, New York, NY, September 29,
        2003.

270.    Bone Morphogenetic Protein:  Update and Clinical Applications, Japanese Paraplegia Society,
        Aichi, Japan, November 13-14, 2003.

271.    The Use of Resorbable and Non-Resorbable Polymers in Spinal Reconstruction, Japanese
        Paraplegia Society, Aichi, Japan, November 13-14, 2003.

272.    TLIF – Open and Minimally Invasive Approaches; Artificial Lumbar Disc; Polymers –
        Resorbable and Non-Resorbable – PEEK / BMP, Visiting Professor, University of Miami School
        of Medicine, Miami, FL, February 2, 2006.

273.    Presentation:  Scientific Session I:  The Evolution of Cervical Spine Surgery, AANS/CNS
        Section on Disorders of the Spine and Peripheral Nerves, 22nd Annual Meeting, Lake Buena
        Vista, FL, March 16, 2006.

274.    Presentation:  Arthroplasty, 022, Cervical Spine Instability:  Instrumentation and Other Methods
        of Management, American Association of Neurological Surgeons (AANS) 74th Annual Meeting,
        April 22-27, 2006.

275.    CNSS Penfield Lecturer:  Spinal Arthroplasty, Canadian Congress of Neurological Sciences 41st
        Annual Scientific Meeting, Montreal, Canada, June 15, 2006.

276.    Cervical Disc Arthroplasty, Cleveland Spine Review Hands-On, Cleveland, OH, July 21, 2006.

277.    Lumbar Arthroplasty and Motion Preservation Techniques, Cleveland Spine Review Hands-On,
        Cleveland, OH, July 23, 2006.

278.    Presentation:  Cervical and Lumbar Arthroplasty:  Indications and Complications, Congress of
        Neurological Surgeons (CNS) 56th Annual Meeting, Chicago, IL, October 8, 2006.

279.    Presentation:  Fix Sagittal Malalignment (Neuro), Cervical Spine Research Society (CSRS) 11th
        Instructional Course, Palm Beach, FL, November 29, 2006.

*Course Faculty*

1.    Symposium on Contemporary Neurosurgery.  Topic:  Spinal Instrumentation, Ponte Vedre
      Beach, FL, May 4-7, 1989.

2.    University of Florida Contemporary Neurosurgery Course.  Topic:  Thoracolumbar Trauma,
      Gainesville, FL, November 30, 1989.

3.    A Contemporary Update on Disorders of the Spine.  Topics:  1) Cervical Spine Trauma,
      2) Percutaneous Discectomy, Snowbird, UT, January 13 –20, 1990.

4.    Practical Techniques in Spinal Instrumentation – A Cadaver Workshop.        University of
      Florida, The Florida Neurosurgical Society, Orlando, FL, August 19-23, 1990.

5. A Contemporary Update on Disorders of the Spine and Hand-On Spinal Instrumentation Course, Snowbird, UT, January 5-12, 1991.

6. Practical Techniques in Spinal Instrumentation – A Cadaver Workshop, University of Florida, the Florida Neurosurgical Society, Orlando, FL, April 7-11, 1991.

7. AANS Professional Development Program: Degenerative Diseases of the Lumbar Spine. Regional Presentations, 1991. Topics: 1) Transverse Process Fusion, 2) Laminar Fixation Techniques, San Francisco, CA, June 8-9, 1991.

8. Third Annual Spine Workshop. Uniformed Service University of the Health Sciences, Course Director: P Klara, MD, Methesda, MD, June 10-21, 1991.

9. Hands-On Spine Instrumentation Workshop. Medical College of Wisconsin. Course Director: S Larson, MD, Milwaukee, WI, July 8-15, 1991.

10. Practical Techiniques in Spinal Instrumentation – A Cadaver Workshop. University of Florida, the Florida Neurosurgical Society, Orlando, FL, August 11-15, 1991.

11. Cervical Spine Instrumentation Workshop. Pre-meeting Course, The Hilton Head Neurosurgical Symposium, Course Directors: J Tew MD, E. Downing, August 20, 1991.

12. University of Texas, Lumbosacral Spine Instrumentation Course. Course Director: L V Ansell, San Antonio, TX, September 21, 1991.

13. AANS Hands-On Lumbar Spine Instrumentation Course, Lumbar Pedicle Fixation, St. Louis, MO, November 23-24, 1991.

14. Cervial Spine Research Society Workshop, Posterior Cervical Instrumentation, Philadelphia, PA, December 8, 1991.

15. Special Guest Lecture: Evolution of Thoracolumbar Instrumentation. Spinal Instrumentation for Treatment of Lumbar Spine Instability. Course Director: S Heim, Chicago, IL, December 13-14, 1991.

16. Cervical Fixation Techniques Workshop, AANS and CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Miami, FL, February 5, 1992.

17. Posterior Cervical Plating Workshop, Contemporary Spinal Disorders. Director: D Spangler, Chairman, Department of Orthopaedics, Vanderbilt University, Maui, HI, March 17, 1992.

18. Practical Techniques in Spinal Instrumentation, University of Florida, The Florida Neurosurgical Society, Orlando, FL, May 11-14, 1992.

19. Texas Association of Neurological Surgeons Meeting, Cervical and Lumbar Cadaver Instrumentation, San Antonio, TX, May 15-17, 1992.

20. Fourth Annual Spine Workshop, Uniformed Service University of the Health Sciences. Course Director: P Klara, Bethesda, MD, June 8-19, 1992.

21. AANS Lumbar Spine Instrumentation Course, Lumbar Pedicle Fixation,     San Antonio, TX, September 8-20, 1992.

22. Hands-On Spine Instrumentation Course, St. Louis, MO, October 2-4, 1992.

23. Hands-On Spine Instrumentation Course, Los Angeles, CA, November 20-22, 1992.

24. A Contemporary Update on Disorders of the Spine, Snowbird, UT, January 10-15, 1993.

25. Cervical Spine Stabilization Course, UCLA, Los Angeles, CA, January 18-19, 1993.

26. AANS and CNS Joint Section on Disorders of the Spine, Cervical Stabilization, Tucson, AZ, February 17, 1993.

27. Degenerative Lumbar Disease, Pre-Meeting Course, Southern Neurosurgical Society, Williamsburg, VA, April 1, 1993.

28. AANS Pre-meeting Course, Thoracolumbar Instrumentation, Co-Director, Boston, MA, April 24-25, 1993.

29. AANS Hands-On Cervical Spine Techniques, Assistant Chairman, Kansas City, KS, May 14-16, 1993.

30. AANS Hands-On Cervical Spine Techniques, Assistant Chairman, Toronto, Canada, June 4-6, 1993.

31. Fifth Annual Spine Workshop, Uniformed Service, University of the Health Sciences. Course Director: P Klara MD and K Foley MD, Bethesda, MD, June 21-25, 1993.

32. Cervical Spine Stbilization, Special Pre-meeting Course, Congress of Neurological Surgeons, Vancouver, Canada, October 3, 1993.

33. A Contemporary Update on Disorders of the Spine, Snowbird, UT, January 10-14, 1994.

34. Cervical Spine Workshop, Pre-meeting Course, Joint Section on Disorders of the Spine and Peripheral Nerves, Ft. Lauderdale, FL, February 9, 1994.

35. AANS Hands-On Cervical Spine Technique, Co-Director, New Orleans, LA, May 13-14, 1994.

36. Course Instructor: Anterior Thoraco-Lumbar Fixation. Sixth Annual Spine Workshop, Uniformed Service, University of Health Sciences. Course Director: P Klara MD and K. Foley MD, Bethesda, MD, June 6-17, 1994.

37. Practical Techniques in Spinal Instrumentation – A Cadaver Workshop. Clinical Correlation: Odontoid Screw and Anterior Locking Plates, University of Florida The Florida Neurosurgical Society, Orlando, FL, August 28-September 1, 1994.

38. CNS Annual Meeting, Co-Director: Thoraco-Lumbar Stabilization. Speaker: Thoraco-Lumbar Instability, Chicago, IL, October 1-6, 1994.

39. State of the Spine from A to Z. Workshops: Anterior T-L Locking Plate, T-L Burst Fractures, Orion Plate, Cervical Instrumentation, Spinal Science Advancement Foundation, Puerto Rico, November 3-6, 1994.

40. A Contemporary Update on Disorders of the Spine. Presentation: Spinal Cord Injuries. Faculty: Anterior Cervical Plate. Sofwire. Tampa General Healthcare/Spine Center, Whistler, Canada, January 8-13, 1995.

41. Practical Techniques in Spinal Instrumentation - A Cadaver Workshop. Faculty: Anatomy and Instrumentation of the Posterior Cervical Spine. The University of Florida, the Florida Neurosurgical Society, Orlando, FL, April 9-13, 1995.

42. Lateral Mass Plating the Cervical Spine. Seventh Annual International Spine Workshops. Bethesda, MD, June 12, 1995.

43. Total Spine: Advanced Concepts and Constructs. Spinal Science Advancement Foundation. Cancun, MX, February 1-4, 1996.

44. Disorder of the Spine and Cervical Stabilization. AANS/CNS Joint Section, Lake Buena Lake, FL, March 1, 1996.

45. Cervical Spine Stabilization. AANS Pre-meeting Course, Minneapolis, MN, April 28, 1996.

46. Lateral Mass Plating the Cervical Spine. Eighth Annual International Spine Workshops, Bethesda, MD, June 10, 1996.

47. "Odontoid Fixation" and "Anterior Cervical Approach." Anterior Surgical Approaches to the Spine, Medical Education Research Institute and the Spinal Science Advancement Foundation, Memphis, TN, August 3-4, 1996.

48. Cervical Spine Stabilization. Congress of Neurological Surgeons Pre-meeting Course, Montreal, Canada, September 28, 1996.

49. Total Spine: Advanced Concepts and Construct. Spine Science Advancement Foundation. Cancun, MX, February 1-4, 1997.

50. Cervical Spine Stabilization: Occipital Cervical & Subaxial Stabilization. AANS Pre-meeting Course. Denver, CO, April 12, 1997.

51. Practical Clinic Faculty: Cervical Spine Instability: Instrumentation and Other Methods of Management. AANS Annual Meeting, Denver, CO, April 12-16, 1997.

52. Lateral Mass Plating the Cervical Spine. Ninth Annual International Spine Workshops. Bethesda, MD, May 10, 1997.

53. Hands On: A Comprehensive Approach for Neurosurgeons. AANS Spine Surgery, University of New Mexico, Albuquerque, NM, May 12-18, 1997.

54. Spine Surgery - Hands-On. AANS, Albuquerque, NM May 12-18, 1997.

55. Lumbosacral Instrumentation and Fusion: Screws, Dowels, and Cages. CNS Annual Meeting, New Orleans, LA, September 28, 1997.

56. Cervical Spine Instrumentation. Congress of the Peruvian Neurosurgical Society and the Spine Committee of the World Federation of Neurosurgical Societies, Lima Peru, November 1-2, 1997.

57. Special Course IV - Basics of Microendoscopic Discectomy. AANS/CNS Joint Section on Disorders of the Spine and Peripheral Nerves, Annual Meeting, Rancho Mirage, CA, February 11-14, 1998.

58. Cervical Spine Instability: Instrumentation and Other Methods of Management. AANS Annual Meeting, Philadelphia, PA, April 25-30, 1998.

59. Lumbosacral Instrumentation and Fusion: Cages, Dowels and Screws. CNS Annual Meeting, Seattle, WA, October 3-8, 1998.

60. Cervical Spine Fixation. Latin American Congress of Neurosurgery. Santiago, Chile, October 10-11, 1998.

61. Cervical Spine Stabilization. AANS Pre-Meeting Course, New Orleans, LA, April 24, 1999.

62. Microendoscopic Discectomy. AANS Pre-Meeting Course, New Orleans, LA, April 25, 1999.

63.    Thoracolumbar Stabilization. AANS Pre-Meeting Course, New Orleans, LA, April 25, 1999.

64.    Lumbosacral Fusion. CNS Pre-Meeting Course, Boston, MA, October 30, 1999.

65.    Lumbar Interbody Fusion. AANS/CNS Joint Spine Pre-Meeting Course, Palm Springs, CA, February 23, 2000.

66.    Lumbar Interbody Fusion. AANS Pre-Meeting Course, San Francisco, CA, April 8, 2000.

67.    Cervical Spine Stabilization. AANS Pre-Meeting Course, San Francisco, CA, April 9, 2000.

68.    Thoracic and Lumbar Stabilization. AANS Pre-Meeting Course, San Francisco, CA, April 9, 2000.

69.    Anterior Odontoid Screw Fixation. C1-C2 Fixation. Anterior Cervical Fixation. World Federation of Neurosurgical Societies Spine Seminar. St. Petersburg, Russia, May 20-21, 2000.

70.    PLIF. ALIF. Anterior Cervical Fixation. IMAST: International Meeting for Advanced Spinal Techniques. Barcelona, Spain, July 6-8, 2000.

71.    Degenerative and trauma cases. 10th Annual Course on The Surgical Management of Spinal Disorders. Beaver Creek, CO, January 14, 2001.

72.    Interbody devices with posterior instrumentation for spondylolisthesis indications, techniques, results. 10th Annual Course on The Surgical Management of Spinal Disorders. Beaver Creek, CO, January 16, 2001.

73.    C1-C2 spinal fixation: indications, technique, outcomes. 10th Annual Course on The Surgical Management of Spinal Disorders. Beaver Creek, CO, January 16, 2001.

74.    New technologies in spinal treatment. AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

75.    Anterior cervical plates: evolution & classification. AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

76.    BMP: Overview, update, FDA status. AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

77.    The Internet & your practice: hype or reality? AANS/CNS Joint Spine Section Pre-Meeting Course, Phoenix, AZ, February 14, 2001.

78.    Laparoscopic anterior lumbar interbody fusion. AANS Special Course, Toronto, Canada, April 21, 2001.

79.    Basics of spinal stabilization, fusion, and instrumentation for residents. AANS Pre-Meeting Course, Toronto, Canada, April 22, 2001.

80.    Spine stabilization: state of the art. AANS Pre-Meeting Course, Toronto, Canada, April 23, 2001.

81.    Lumbar spine fusion: indications, patient selection and current techniques. AANS Pre-Meeting Course, Toronto, Canada, April 24, 2001.

82.    Complications in complex spinal surgery: lessons learned. AANS Pre-Meeting Course, Toronto, Canada, April 25, 2001.

83.    CSSG: Cervical Spine Study Group. 1st Annual Residents and Fellows Course. Phoenix, AZ, May 4-6, 2001.

84.    1st Annual Cervical Spine Student Group:  Resident Instructional Course. Phoenix, AZ, May 4-6, 2001.

85.    Healthcare professional: healer—or line worker? Emory University, Atlanta, GA, May 22, 2001.

86.    Global Spine. Maui, HI, June 16-18, 2001.

87.    Kyphosis with primary presentation: role of brace, halo, surgery, vertebroplasty, kyphoplasty, etc. The Surgical Management of Adult Spinal Deformity with Degeneration. IMAST, Paradise Island, Bahamas, July 11-14, 2001.

88.    IMAST: International Society for Advanced Spinal Techniques. Bahamas. July 14-17, 2001.

89.    Faculty:  AANS, Basics of Spinal Stabilization, Fusion and Instrumentation.  San Diego, CA, April 26, 2003.

90.    Faculty:  Preserving Motion in the Diseased Cervical Spine.  IMAST, Rome, Italy, July 12, 2003.

91.    Faculty: M04:  Intra-operative Salvage Techniques: "Getting Out of Trouble in Spinal Surgery".  CNS, Denver, CO, October 20, 2003.

92.    Faculty: 012, Artificial Cervical Disc Technology, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 22, 2006.

93.    Faculty: 022, Cervical Spine Instability:  Instrumentation and Other Methods of Management, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 23, 2006.

94.    Faculty: 035, Basics of Spinal Stabilization, Fusion and Instrumentation, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 23, 2006.

95.    Panelist:  211, Complications and Complex Spinal Surgery:  Lessons Learned, American Association of Neurological Surgeons (AANS) 74th Annual Meeting, San Francisco, CA, April 25, 2006.

96.    Panel Member:  Case Presentation and Panel Discussion:  SPINE, Georgia Neurosurgical Society (GNS) Annual Spring Meeting, Sea Island, GA, May 27, 2006.

97.    Faculty:  Mastering Spinal Disorders:  Dealing with Complexities, Congress of Neurological Surgeons (CNS) 56th Annual Meeting, Chicago, IL, October 8, 2006.

98.    Faculty:  016 Basics of Spinal Stabilization, Fusion and Instrumentation, American Association of Neurological Surgeons, 75th Annual Meeting, Washington, D.C., April 14, 2007.

99.    Faculty:  032 Artificial Cervical Disc Technology, American Association of Neurological Surgeons, 75th Annual Meeting, Washington, D.C., April 15, 2007.

100.   Panelist, 311 Complications and Complex Spinal Surgery: Lessons Learned, American Association of Neurological Surgeons, 75th Annual Meeting, Washington, D.C., April 18, 2007.

*Visiting Professorships:*

1.    University of Texas, San Antonio, TX, October 21, 1991.

2.    UCSF, San Francisco, CA, 1991.

3.    Emory University, Atlanta, GA, 1991.

4.    UCLA, Los Angeles, CA, May 27-28, 1992.

5.    University of Cincinnati/Mayfield, Cincinnati, Ohio, 1992.

6.    Baylor University, Houston, TX, June 18, 1992.

7.    University of Texas, Southwestern, Dallas, TX, 1992.

8.    Columbia College of Physicians & Surgeons, New York, NY, July 30, 1992.

9.    University of Alabama, Birmingham, AL, August 6, 1992.

10.   Mayo Clinic, Rochester, MN, October, 1992.

11.   Aichi University. Aichi, Japan, April, 1996.

12.   University of Oregon Health Science Center. Portland, OR, May 16-18, 1996.

13.   West Virginia University. Morgantown, WV, June 1-2, 1996.

14.   Wayne State University. Detroit, MI, November 14-15, 1996.

15.   Henry Ford Hospital System. Detroit, MI, January 10, 1998.

16.   University of Wisconsin. Madison, WI, June 4-5, 1999.

17.   University of Virginia, Charlottesville, VA, August 24, 2000.

18.   Rush Medical College. Chicago Institute of Neurosurgery and Neuroresearch. Chicago, IL, January 4, 2001.

19.   University of Pittsburgh, Department of Neurosurgery. Pittsburgh, PA, May, 2001.

20.   Stanford University, Palo Alto, CA, June 7, 2002.

21.   University of Cincinnati, Mayfield Clinic, Cincinnati, OH, November 20, 2002.

22.   University of Cincinnati, Cincinnati, OH, January 23-24, 2003.

23.   Cedars-Sinai, Los Angeles, CA, Institute of Spine Disorders, February 11-12, 2003.

24.   Weill Medical College of Cornell University, New York, NY, September 29, 2003.

25.   University of Miami School of Medicine, Miami, FL, February 1-2, 2006.

**Invited Guest:**

1.    Missouri Neurosurgical Society. St. Louis, MO, April 11, 1992.

2.    Japanese Congress of Neurological Surgery, Matsue, Japan, April 11, 1996.

3.    Montana Neurosurgical Symposium. Kalispell, MT, September 3-6, 1996.

4.    South Carolina Spine Society. Charleston, SC, November 1-2, 1996.

5.    North Carolina Neurosurgical Society. Pinehurst, NC, November 16, 1996.

36

6.   2nd Annual Indiana Spinal Trauma Symposium. Indianapolis, IN, May 3, 1997.

7.   Montana Neurosurgical Symposium. Kalispell, MT, September 1-3, 1997.

8.   First Japanese-Korean Spine Society, Nagoya, Japan, September 19-21, 1997.

9.   Wisconsin Neurosurgical Society.  Madison, WI, June 5, 1999.

10.   Rocky Mountain Neurosurgical Society. ID, June 22-24, 1999.

11.   Brazilian Neurosurgical Society. Sao Paulo, Brazil, October 9-11, 1999.

12.   Colorado Spine Symposium, 10th Annual Denver, CO, November 5, 1999.

13.   Russian Neurosurgical Federation. St. Petersburg, Russia, May 19-20, 2000.

14.   Montana Neurosurgical Symposium. Chico, MT, August 28-30, 2000.

15.   Western Neurosurgical Society. Victoria B.C., CANADA, October 13-14, 2002.

16.   Honored Guest:  Japanese Paraplegia Society, Aichi, Japan, November 13-14, 2003.

17.   Interurban Neurosurgical Society, Chicago, IL, March 4-5, 2004.

18.   Honored Guest:  Neurosurgical Society of the Virginias, Greenbrier, WV, January 20-22, 2005.

19.   Honored Guest:  Cleveland Spine Review Hands-On, Cleveland, OH, July 20-24, 2006.

## Bibliography

*Articles*

1.   Haid RW Jr, Gutman L, Crosby T: Wernicke-Korsakoff encephalopathy following gastric plication. JAMA 247(18):2566-2567, 1982.

2.   Kaufman HH, Makela MD, Lee KF, Haid RW Jr, Gildenberg PL: Gunshot wounds to the head: a perspective. Neurosurgery 18:689-695, 1986.

3.   Haid RW Jr, Kaufman HH, Schochet SS Jr, Marano G: Epidural lipomatosis simulating an epidural abscess. Neurosurgery 21:744-747, 1987.

4.   Kopitnik TA, Kaufman HH, Haid RW Jr, Marano GD, Nugent GR: Technique of stereotactic biopsy of two intracranial lesions using a single trajectory and spherical coordinates. Applied Neurophysiology 50:188-194, 1987.

5.   Scott E, Haid RW Jr: Type I fractures of the odontoid process: implications for atlanto-occipital instability. Journal of Neurosurgery 72:488-492, 1990.

6.   Jones E, Haid RW Jr: Injuries to the pediatric subaxial cervical spine. Seminars in Spine Surgery 3(1):61-70, 1991.

7.   Haid RW Jr, Kopitnik TA: Thoracic spine fractures and instrumentation. Clinical Neurosurgery 37:213-233, 1991.

8.   Dietze DD, Haid RW Jr: Antibiotic impregnated methylmethalcrylate in treatment of infections with spinal instrumentation. Spine 17(8):981-987, 1992.

9. Dickman C, Fessler R, MacMillan M, Haid RW Jr: Transpendicular fixation of the lumbar spine: analysis of 104 cases. Journal of Neurosurgery 77:860-870, 1992.

10. Maimon D, Pintar F, Yoganandan N, Reinhartz J, Toselli R, Woodard E, Haid RW Jr: Pull-out strength of Caspar screws. Neurosurgery 31:1097-1101, 1992.

11. Haid RW Jr, Dickman C: Instrumentation and fusion for discogenic disease of the lumbosacral spine. Neurosurgery Clinics of North America 4(1):135-148, 1993.

12. Haid RW Jr: Atlanto-axial instability. Neurosurgical Consultations 4(3), 1993.

13. Morrill K, Foster J, Haid RW Jr: The LeFort I osteotomy as an approach to the midcranial base for tumor resection. Journal of Oral and Maxillofacial Surgery 51:82-84, 1993.

14. Haid RW Jr: Synthes I-Plate. Neurosurgery 33(3):528, 1993.

15. Haid RW Jr: Expert Commentary, Lumbar Sacral-Pelvic Fixation, Baldwin N, Benzel EC, Perspectives in Neurological Surgery 4(2):107, 1993.

16. Klucznik RP, Carrier DR, Pyka R, Haid RW Jr: Placement of a ferromagnetic intracerebral aneurysm clip in a magnetic field with a fatal outcome. Radiology 187:855-856, 1993.

17. Haid RW Jr: Commentary: Neurosurgical problems of the craniovertebral junction. Neurosurgical Consultations 4(18):6, 1993.

18. Haid RW Jr: Commentary - Spinal column tumors. Neurosurgical Consultations 4:5, 1993.

19. MacMillan M, Cooper R, Haid RW Jr: Lumbar and lumbosacral fusions using Cotrel-Dubousset pedicle screws and rods. Spine 19(4):430-434, Feb. 1994.

20. Arriaga M, Haid RW Jr: Antidromic stimulation of the greater superficial petrosal nerve in middle fossa surgery. Laryngoscope 105(1):1-4, Jan. 1995.

21. Alleyne CA, Rodts GR, Haid RW Jr: Corpectomy and stabilization with methylmethacrylate in patients with metastatic disease of the spine: A technical note. J Spine Disorders 8(6):439-443, 1995.

22. Morone MA, Rodts GR, Erwood SC, Haid RW Jr: Anterior odontoid screw fixation: Indications, complication avoidance, and operative techniques. Contemporary Neurosurgery 18(18):1-6, September, 1996.

23. Haid RW Jr., Benzel EC, McCormack PC, Stillerman C: Traumatic thoracolumbar instability. Perspectives in Neurological Surgery 7 (2):109-129, 1996.

24. Haid RW Jr: Traumatic thoracolumbar instability. Neurological Surgery 7(2), 1996.

25. Alleyne CA, Rodts GR, Haid RW Jr: Iliac crest reconstruction following autologous bone-graft harvesting. Neuro-Orthopaedics 20(2):89-93, 1997.

26. Martin GJ Jr, Haid RW Jr, Rodts GE: Injuries to the Atlantoaxial Complex: Diagnosis & Classification. Contemporary Neurosurgery 19(12):1-8, June, 1997.

27. Alleyne C, Haid RW Jr, Rodts GE, Nassar VH: Giant cell tumor of the thoracic spine: case report and review of the literature. Neuro-Orthopaedics 21:13-25, 1997.

28. Alexander J, Haid RW Jr: Upper cervical spine trauma: outcome assessment. Clinical Neurosurgery 44:305-313, 1997.

29.   Haid RW Jr, McCafferty RR, Alleyne CH , Rodts GE Jr:  Halifax Clamp Fixation for Atlanto-axial Instability:  C1-C3 Fixation, a New Technique. Neuro-Orthopedics (22):107-116, 1998.

30.   Haid RW Jr: Clinical Opinion: Cervical Spondylitic Myelopathy:  Plates in Anterior Recompression and Reconstruction. Journal of Spinal Disorders 11(3):266-273, 1998.

31.   Pasquale M, Marion D, Domeier RM, Haid RW Jr: Practice management guidelines for trauma: East ad hoc committee on guidelines development.  Identifying cervical spine instability after trauma. J Trauma 44:945-946, 1998.

32.   McLaughlin MR, Comey CH, Haid RW Jr, Rodts GE Jr, Erwood SC, Smith CD:  Laparoscopic Anterior Lumbar Interbody Fusion. Contemporary Neurosurgery 20(19), 1-9, September 1998.

33.   Haid RW Jr: Cervical rheumatoid arthritis subluxations without myelopathy. Journal of Spinal Disorders 12(1):82-83, February 1999.

34.   McCafferty R, Haid RW Jr, Martin G, Rodts G: Techniques for lateral mass plating of the posterior cervical spine in patients with cervical spinal stenosis. Techniques In Neurosurgery 5(2), 101-110, June 1999.

35.   Subach BR, Morone MA, Haid RW Jr, McLaughlin MR, Rodts GR, Comey CH:  Management of acute odontoid fractures with single-screw anterior fixation. Neurosurgery 45:812-820, October 1999.

36.   McLaughlin MR, Zhang JY, Subach BR, Haid RW Jr, Rodts GE Jr: Laparoscopic anterior lumbar interbody fusion. Technical note. Neurosurgical Focus Vol. 7(6), Article 8, 1-6, December 1999.

37.   Barnes B, McLaughlin MR, Birch B, Rodts GE, Haid RW Jr: Threaded cortical bone dowels for lumbar interbody fusion: technique and short-term results. Neurosurg Focus Vol. 7, December 1999.

38.   Haid RW Jr, McLaughlin MR: Neurosurgery of the spine in the year 2001: a four-year review. Clinical Neurosurgery 45:153-159, 1999.

39.   Martin G, Haid RW Jr, McMillan M, Rodts GE, Berkman R: Anterior cervical discectomy with freeze-dried fibula allograft: overview of 317 cases and literature review.  Spine 24:852, May 1999.

40.   Shilpakar S, McLaughlin MR, Haid RW Jr, Rodts GE Jr, Subach BR:  Management of acute odontoid fractures: operative techniques and complication avoidance. Neurosurg Focus 8(6), Article 3, 1-7, June 2000.

41.   McLaughlin MR, Rodts GE Jr, Haid RW Jr, Subach BR: Current Techniques in Image-Guided Spine Surgery. Contemporary Neurosurgery 22(16):1-6, August 15, 2000.

42.   Rodts GE, Haid RW Jr, McLaughlin MR, Subach BR:  Neuro-Navigation of the Spine: Current Therapies and Emerging Technology. Spinal Surgery (Japan) 14(3):171-182, 2000.

43.   Schultz KD Jr, McLaughlin MR, Haid RW Jr, Comey CH, Rodts GE Jr, Alexander JT: Single-stage anterior-posterior decompression and stabilization for complex cervical spine disorders. Journal of Neurosurgery (Spine 2) 93:214-221, October, 2000.

44.   Mayr MT, Hunter S, Erwood SC, Haid RW Jr: Calcifying pseudoneoplasms of the spine with myelopathy.  Report of two cases. Journal of Neurosurgery (Spine 2) 93:291-293, October, 2000.

45.   McLaughlin MR, Haid RW Jr., Rodts GE Jr, Subach BR: Overview of  Frameless Stereotactic Techniques for Lumbar Spine Surgery. Seminars in Neurosurgery 11(2):165-176, 2000.

46.   McLaughlin MR, Haid RW Jr, Rodts GE Jr, Miller JS: Current Role of Anterior Lumbar Interbody Fusion in Lumbar Spine Disorders. Seminars in Neurosurgery 11(2):221-229, 2000.

47.   Schultz KD Jr, Petronio J, Haid RW, Rodts GE, Erwood SC, Alexander J, Naraad C:  Pediatric Occipitocervical Arthrodesis: A Review of Current Options and Early Evaluation of Rigid Internal Fixation Techniques. Pediatric Neurosurgery 33:169-181, April 20, 2000.

48.   Wahlig JB, McLaughlin MR, Subach BR, Haid RW Jr., Rodts GE:  Management of low back pain. The Neurologist 6(6):326-337, November, 2000.

49.   McLaughlin MR, Haid RW Jr, Rodts GE, Subach BR: Posterior lumbar interbody fusion: indications, technique and results. Clinical Neurosurgery 47:514-527, 2000.

50.   Rodts GE, McLaughlin MR, Zhang JY, Subach BR, Haid RW Jr: Laparoscopic anterior lumbar interbody fusion. Clin Neurosurg 47:514-27, 2000.

51.   Subach BR, Haid RW Jr., Rodts GE Jr., McLaughlin MR: Do current outcomes data support the technique of lumbar interbody fusion? Clinical Neurosurgery, Volume 48, 204-18, 2000.

52.   Narayan P, Haid RW: Treatment of Degenerative Cervical Disc Disease. Neurologic Clinics 19(1):217-229 February 2001.

53.   Post AF, Narayan P, Haid RW Jr:  Occipital neuralgia secondary to hypermobile posterior arch of atlas.  Case report.  J Neurosurgery(Spine 2)  94:276-278, April, 2001.

54.   Subach BR, Haid RW, Rodts GE, Kaiser MG: Bone morphogenetic protein in spinal fusion: overview and clinical update. Neurosurgical Focus, 10(4), Article 3, 1-6, April  2001.

55.   Burkus JK, Foley K, Haid R, LeHuec J-C: Surgical Interbody Research Group—radiographic assessment of interbody fusion devices: fusion criteria for anterior lumbar interbody surgery. Neurosurg Focus 10(4), Article 11, 1-9, April 2001.

56.   McLaughlin MR, Haid RW Jr, Rodts GE Jr, Miller JS:  Open Anterior Lumbar Interbody Fusion. Techniques in Neurosurgery, 7(2), 140-151, June 2001.

57.   Barnes B, Rodts GE, McLaughlin MR, Haid RW Jr: Threaded cortical bone dowels for lumbar interbody fusion: over 1-year mean follow up in 28 patients. J Neurosurg (Spine 1), 95:1-4, July 2001.

58.   Haid RW Jr, Subach BR, McLaughlin MR, Rodts GE Jr, Wahlig JB Jr: C1-C2 Transarticular Screw Fixation for Atlantoaxial Instability:  A 6-year Experience. Neurosurgery 49(1):65-70, July, 2001.

59.   Haid RW Jr:  C1-C2 transarticular screw fixation: technical aspects. Neurosurgery. 49(1),  71-74, July 2001.

60.   Mummaneni PV, Rodts GE, Subach BR, Birch BD, Haid RW:  Management of Thoracic Disc Disease. Contemporary Neurosurgery  23(22), 1-8, November 1, 2001.

61.   Schultz KD Jr, Comey CH, Haid RW Jr:  Technical note.  Pyogenic Spinal Epidural Abscess: A Minimally Invasive Technique for Multisegmental Decompression, J of Spinal Disorders 14(6):546-549, 2001.

62.   Fiore AJ, Haid RW, Rodts GE, Subach BR, Mummaneni PV, Riedel CJ, Birch BD : Atlantal Lateral Mass Screws for Posterior Spinal Reconstruction : Technical Note and Case Series. Neurosurg Focus 12(1), Article 5, 1-6, January 2002.

40

63.	Mummaneni PV, Haid RW, Traynelis VC, Sasso RC, Subach BR, Fiore AJ, Rodts GE: Posterior Cervical Fixation Using A New Polyaxial Screw and Rod System : Technique and Surgical Results. Neurosurg. Focus, 12(1), Article 8, January, 2002.

64.	Mummaneni PV, Chun JY, Srinivasan J, Haid RW: Posterior Cervical Fixation Combining C1/2 Transarticular Screws with Lateral Mass Screws: Technical Note, Journal of Neurosurgery-Spine (Submitted).

65.	Mayr MT, Subach BR, Comey CH, Rodts GE, Haid RW Jr: Cervical spinal stenosis: outcome after anterior corpectomy, allograft reconstruction, and instrumentation. J Neurosurg (Spine 1), 96: 10-16, January, 2002.

66.	Haid RW, Foley KT, Rodts GE, Barnes B: The Cervical Spine Study Group anterior cervical plate nomenclature. Neurosurg Focus 12(1): Article 15, 1-6, January 2002.

67.	Kaiser MG, Haid RW Jr, Subach BR, Barnes B, Rodts GE Jr: Anterior Cervical Plating Enhances Arthrodesis after Discectomy and Fusion with Cortical Allograft. Neurosurgery 50(2):229-238, February, 2002.

68.	Barnes B, Haid RW, Rodts G, Subach B, Kaiser M: Early results using the Atlantis anterior cervical plate system, Neurosurg Focus 12(1): Article 13, 1-7, January 2002.

69.	Tang G, Subach BR, Rodts GE, Haid RW: Management of infection following implantation of anterior spinal cages. Seminars in Spine Surgery, 14 (2), June 2002.

70.	Kaiser MG, Subach BR, Rodts GE: Comparison of the mini-open versus laparoscopic approach for anterior lumbar interbody fusion: A retrospective review. Neurosurgery 51(1): 97-105, 2002.

71.	Mummaneni PV, Lin FJ, Haid RW Jr, Rodts GE Jr, Subach BR, Miller JS : Current Indications and Techniques for Anterior Approaches to the Lumbar Spine. Contemporary Neurosurgery, 24(10), 1-8, May 30, 2002.

72.	Mummaneni PV, Lin FJ, Haid RW Jr, Rodts GE Jr, Subach BR, Miller JS : Current Indications and Techniques for Anterior Approaches to the Lumbar Spine. Contemporary Spine Surgery, 3(8) : 57-64, August, 2002

73.	Barnes B, Haid RW : Evolution, Indications, and Outcomes Using Anterior Cervical Plating. Contemporary Neurosurgery, 24(17), 1-6, August 31, 2002.

74.	Narayan P, Haid RW, Subach BR, Comey CH, Rodts GE : Effect of spinal disease on successful arthrodesis in lumbar pedicle screw fixation. J Neurosurg (Spine 2) 97:277-280, 2002.

75.	Mummaneni PV, Haid RW, Sasso RC : Principles of Spinal Deformity, Part I : Evaluation of Thoracolumbar Deformity and Nonoperative Treatment Strategies. Contemporary Neurosurgery, 24(19), 1-8, September 30, 2002.

76.	Alexander JT, Branch CL Jr, Subach BR, Haid RW Jr. : Applications of a Resorbable Interbody Spacer via a Posterior Lumbar Interbody Fusion Technique, Orthopedics, 25(10)/Supplement, October, 2002.

77.	Mummaneni PV, Srinivasan JK, Haid RW Jr., Mizuno J : Overview of Anterior Cervical Plating. Spinal Surgery, 16(3) : 207-216, 2002.

78.	Mummaneni PV, Ondra SL, Haid RW : Principles of Spinal Deformity. Part II : Advances in the Operative Treatment of Thoracolumbar Deformity. Contemporary Neurosurgery, 24(20), 1-10, October 15, 2002.

79.   Barnes B, Rodts GE Jr., Haid RW Jr., Subach BR, McLaughlin MR : Allograft Implants for Posterior Lumbar Interbody Fusion : Results Comparing Cylindrical Dowels and Impacted Wedges. Neurosurgery, 51(5) : 1191-1198, November, 2002.

80.   Alexander JT, Branch CL Jr., Subach BR, Haid RW Jr. : Applications of a resorbable interbody spacer in posterior lumbar interbody fusion. J. Neurosurg : Spine 4, 97 : 468-472, November 2002.

81.   Fiore AJ, Mummaneni PV, Haid RW, Rodts GE, Sasso RC: C1 Lateral Mass Screws: Surgical Nuances, Techniques in Orthopaedics, Lippincott Williams & Wilkins, Inc., Philadelphia, , 17(3), 2002.

82.   Mummaneni PV, Haid RW, Fiore AJ, Rodts GE: Posterior Fixation Options for the C1-C2 Complex: Wires, Clamps, and Screws. Contemporary Neurosurgery, 25(1), 1-8, January 15, 2003.

83.   Mummaneni PV, Haid RW Jr., Subach BR, Rodts GE Jr: Ventral plus Dorsal Techniques for Thoracolumbar Arthrodesis. Techniques in Neurosurgery, 8(2):83-92, 2003.

84.   Vaccaro AR, Singh K, Haid R, Kitchel S, Wuisman P, Taylor W, Branch C, Garfin S: The use of bioabsorbable implants in the spine. The Spine Journal, (3) 227-237, 2003.

85.   Mummaneni PV, Haid RW Jr, Lanman TH, Rodts GE: Transforaminal Lumbar Interbody Fusion: Technical Advances. Contemporary Neurosurgery, 25(13), 1-9, June 30, 2003.

86.   Mummaneni PV, Haid RW, Rodts GE Jr : Combined Ventral and Dorsal Surgery for Myelopathy and Myeloradiculopathy. Neurosurgery: Operative Neurosurgery 3, Volume 58, May 2006.

87.   Mummaneni PV, Mummaneni VP, Haid RW, Rodts GE, Sasso RC : Cervical Osteotomy For the Correction of Chin on Chest Deformity in Ankylosing Spondylitis : Technical Note. Submitted Neurosurg Focus.

88.   Deutsch H, Mummaneni PV, Haid RW, Subach BR, Rodts GE : Occipitocervical Fusions: A Clinical Series. In Preparation.

89.   Boakye M, Mummaneni PV, Haid RW, Subach BR, Rodts GE: Transoral Odontoidectomies: A Clinical Series. In Preparation.

90.   Mummaneni PV, Pan J., Haid RW, Rodts GE: Contribution of recombinant human bone morphogenetic protein-2 to the rapid creation of interbody fusion when used in transforaminal lumbar interbody fusion: a preliminary report. J. Neurosurg (Spine 1), 1:19-23, July, 2004.

91.   Mummaneni PV, Haid RW, Rodts GE: Lumbar interbody fusion: state-of-the-art Technical advances. J. Neurosurg (Spine 1), 1:24-30, July, 2004.

92.   Deutsch H, Mummaneni PV, Rodts GE, Haid RW: Posterior Cervical Laminoplasty Using a New Plating System: Technical Note. Journal of Spinal Disorders and Techniques, 17(4):317-320, August 2004.

93.   Mummaneni PV, Haid RW: The future in the care of the cervical spine: interbody fusion and arthroplasty. Invited submission from the Joint Section Metting on Disorders of the Spine and Peripheral Nerves, March 2004. J.Neurosurgery (Spine 1) 2:155-159, September, 2004.

94.   Haid RW Jr, Branch CL Jr, Alexander JT, Burkus JK: Posterior Lumbar Interbody Fusion Using Recombinant Human Bone Morphogenetic Protein Type 2 With Cylindrical Interbody Cages. The Spine Journal, Volume 4, Number 5, 527-539, September/October 2004.

95. Haid RW Jr: Advances in Biomaterials that Led to the Artificial Disc, Clinical Neurosurgery, Volume 52, December 2004.

96. Deutsch H, Haid RW Jr, Rodts GE Jr, Mummaneni PV: Occipitocervical Fixation: Long-Term Results. Spine, Volume 30, Number 5, 530-535, March, 2005.

97. Mummaneni PV, Haid RW: Transoral Odontoidectomy, Neurosurgery, Operative Nuances, Volume 56, Number 5, 1045-1050, May 2005.

98. Anterior Cervical Discectomy and Fusion Involving A Polyetheretherketone Spacer and Bone Morphogenetic Protein: Boakye M, Mummaneni PV, Garrett M, Rodts G, Haid R, Journal of Neurosurgery: Spine, Volume 2, Number 5, 521-525, May 2005.

99. Wang JC, Mummaneni PV, Haid RW: Current Treatment Strategies for the Painful Lumbar Motion Segment: Posterolateral Fusion Versus Interbody Fusion, Spine Journal, Focus Issue on Surgical Treatment of the Painful Motion Segment, 30(16S) August 2005.

100. Mummaneni PV, Haid RW: Atlantoaxial Fixation: Overview of All Techniques, Neurology India, December 2005.

101. Wang JC, Haid RW Jr, Miller JS, Robinson JC: Comparison of CD HORIZON SPIRE Spinous Process Plate Stabilization and Pedicle Screw Fixation After Anterior Lumbar Interbody Fusion, Journal of Neurosurgery: Spine, Volume 4, 132-136, February, 2006.

102. Vaccaro AR, Sahni D, Pahl MA, Harrop JS, Sharan AD, Venger BH, Haid RW Jr, Carrino JA, Vadera S, Hilibrand AS, Albert TJ: Long-Term Magnetic Resonance Imaging Evaluation of Bioresorbable Anterior Cervical Plate Resorption Following Fusion for Degenerative and Traumatic Disk Disruption. SPINE, Volume 31(18), pp 2091-2094, August 15, 2006.

103. MR IMAGING CLARITY OF THE BRYAN, PRODISC-C, PRESTIGE LP and PCM CERVICAL ARTHROPLASTY DEVICES: Sekhon L.H.S., Duggal N, Lynch JJ, Haid RW, Heller JG, Riew KD, Seex K, Anderson PA, Spine Journal, Spring 2007.

*Manuscripts Submitted*

1. Mummaneni PV, Chun JY, Srinivasan J, Haid RW: Posterior Cervical Fixation Utilizing Transarticular Screws in Combination With Lateral Mass Screws: Technical Note. Submitted Neurosurgery.

2. Mummaneni PV, Srinivasan J, Haid RW: Posterior Cervical Fixation From C1-C4 Using The Vertex System: Technical Case Report. Submitted Journal of Spinal Disorders.

3. Haid RW, Branch C, Alexander J, Burkus JK: Posterior Lumbar Interbody Fusion Using rhBMP-2 with Cylindrical Interbody Cages. Submitted The Spine Journal.

4. Mummaneni PV, Walker DH, Haid RW, Rodts GE Jr.: Treatment of Cervical Stenotic Myelopathy: A Comparison of Laminoplasty Versus Laminectomy and Lateral Mass Fusion. Submitted Journal of Neurosurgery, 2005.

5. Wang JC, Haid RW: Cervical Disc Arthroplasty for 2nd Edition Neurosurgical Operative Atlas 2E: Spine and Peripheral Nerve, Wolfa C, Resnick D (eds), THIEME, (Submitted April 2005).

6. Mummaneni PV, Mummaneni VP, Haid RW, Rodts GE: C1 Lateral Mass Fixation for 2nd Edition Neurosurgical Operative Atlas 2E: Spine and Peripheral Nerve, Wolfla C, Resnick D (eds), Thieme, (Submitted April 2005).

7.  Wang JC, Haid RW Jr: Pediatric Occipital Cervical Instrumentation, Section X: Special Techniques for Treatment of Spine Deformity for <u>Surgery of the Pediatric Spine</u>, Kim D, Betz R, Huhn S, Newton P (eds). (Submitted July 2005.)

8.  Dhall SS, Haid RW, Mummaneni PV: Atlanto-Axial Subluxation/Dissociation Sub-Chapter 23 under Chapter Atlas Injuries, under section Cervical Spine Injuries for <u>Cervical Spine Trauma</u>, Vaccaro A, Anderson P (eds). Lippincott Williams & Wilkins, Philadelphia, PA, (Submitted November 2005).

9.  Mummaneni PV, Haid RW: Fixation Options in the Occipito-Cervical Junction, Chapter 12 for <u>Spinal Deformity: A Guide to Surgical Planning and Management</u>, Mummaneni PV, Haid RW, Lenke L (eds), QMP, (In Progress, Fall 2006).

10. Haid RW, Deutsch H: Cervical Ankylosing Spondylitis, Chapter 16 for <u>Spinal Deformity: A Guide to Surgical Planning and Management,</u> Mummaneni PV, Haid RW, Lenke L (eds), QMP, (In progress, Fall 2006).

11. Burkus JK, Haid RW Jr, Traynelis VC, Zdeblick TA: Radiographic Analysis of the PRESTIGE ST Cervical Disc Replacement: Interim Results from a Prospective Randomized Controlled Clinical Trial, <u>Spine</u> (CSRS Edition), (In progress, Fall 2006).

12. Mummaneni PV, Haid RW: Transoral Odontoidectomy for <u>Craniovertebral Junction Disorders: Current Management Concepts</u>. Medknow Publication Private Limited, India, (Submitted January 2006).

13. Wang JC, Haid RW: Pediatric Occipital Cervical Instrumentation, Chapter 46 for <u>Surgery of the Pediatric Spine</u>, Kim DH, Betz RR, Huhn SL, Newton PO (eds), Thieme, (In progress, March 2006).

14. Mummaneni PV, Sekhon LS, Haid RW: Revision Strategies for Failed Cervical Arthroplasty, Chapter 19 for <u>Spinal Arthroplasty: The Preservation of Motion</u>, Vaccaro AR, Papadopoulos S, Traynelis V, Haid RW, Sasso R (eds.), Elsevier, Philadelphia, PA, (In preparation, December 2006).

15. Mummaneni PV, Robinson J, Haid RW: Operative Nuances: Cervical Arthroplasty with the PRESTIGE LP Cervical Disc (Submitted).

*Book Chapters*

1.  Haid RW Jr, Carter RL: Cotrel-Dubousset instrumentation: indication and technique. <u>Tumors of the Spine</u>, Sundaresan N, (ed). W.B. Saunders, Philadelphia, PA, pp. 531-539, 1990.

2.  Haid RW Jr: Soft cervical disk: Natural history and management. <u>Degenerative Diseases of the Cervical Spine</u>, Cooper P, (ed). AANS Neurosurgical Topics Series, pp. 113-124, 1992.

3.  Haid RW Jr: Lumbar spondylolisthesis and spondylolysis. <u>The Practice of Neurosurgery</u>, Tindall, Cooper and Barrow (eds). Williams & Wilkins, Baltimore, MD, pp. 2541-2563, 1995.

4.  Barnett DW, Haid RW Jr: Infections of the Spine, <u>Perspectives in Neurological Surgery</u>, Hadley, M, ed., Quality Medical Publishing Clinical Series, 6(2):1-49, 1995.

5.  Traynelis VC, Haid RW Jr: Posterior cervical plate stabilization with the AME Haid Universal Bone Plate System, *in* <u>Techniques in Spinal Fusion and Stabilization</u>. Hitchon PW, Traynelis VC, Rengachary S, (eds). Thieme Medical Publishers, NY, pp. 152-158, 1995.

6.  Rodts GE Jr, Haid RW Jr: Intensive care management of spinal cord injuries. <u>Neurotrauma,</u> Narayan RK, Wilberger JE Jr, Povlishock JT (eds). McGraw-Hill, New York, NY, pp. 1201-1212, 1996.

7.    Gallagher M, Haid RW: Spondyloarthropathies including ankylosing spondylitis, *in* Neurological Surgery, 4th Edition, Youmans J, (ed). W.B. Saunders, Philadelphia, PA, Chapter 97, pp. 2262-2283, 1996.

8.    Haid RW, Alleyne CH Jr: Interlaminar Fixation of the Posterior Cervical Spine for Atlantoaxial Instability, *in* Current Techniques in Spinal Stabilization, Fessler RG, Haid RH, (eds). McGraw-Hill, New York, NY, Chapter 7, pp. 77-88, 1996.

9.    Haid RW Jr, Sonntag VKN, Papadopoulos S: Spinal instrumentation anterior cervical plates *in* Techniques II, McCarthy RE, (ed). Scoliosis Research Society, Rosemount, IL, 1998.

10.   Waitze AS, Comey CH, Rodts GE Jr, Haid RW: Microdiskectomy versus Endoscopic Diskectomy, Chapter 8, Current Techniques in Neurosurgery, 3rd ed., Salcman M (ed). Current Medicine, Inc., Philadelphia, PA. pp. 75-84, 1998.

11.   Traynelis VC, Brayton J, Cusick JF, Haid RW Jr: Dorsal subaxial cervical instrumentation techniques, Chapter 79 *in* Spine Surgery: Techniques, Vol. 2, Complication Avoidance and Management. Benzel E, (ed). Churchill Livingstone, NY, pp. 1039-1051, 1999.

12.   Rodts GE, Haid RW Jr, Foley K: Ventral and Lateral thoracic fixation techniques, Chapter 78 *in* Spine Surgery: Techniques, Vol. 2, Complication Avoidance and Management. Benzel E, (ed). Churchill Livingstone, NY, pp. 1023-1037, 1999.

13.   Fehlings M, Haid RW Jr: Thoracic spine approaches, *in* Spine Surgery: Techniques, Complication Avoidance and Management. Benzel E, (ed). Churchill Livingstone, NY, 1999.

14.   Martin G, Haid RW Jr, Rodts GE: Spinal instrumentation: ventral techniques, *in* The Thoracic Spine, Benzel E, (ed). Quality Medical Publishing, pp. 241-258, 1999.

15.   Schultz K Jr, Haid RW, Masel D: Cervical Spine Trauma, Chapter 21, Neurological Issues in Otolaryngology: Principles and Practice of Collaboration. Arriaga MA, Day JD (eds). Lippincott Williams & Wilkins, Philadelphia, PA, pp. 231-251, 1999.

16.   Comey CH, Haid RW: Management of Spinal Metastases, Chapter 159, 1-11, Operative Neurosurgery, Kaye and Black, (eds). Churchill Livingstone, United Kingdom, 1999.

17.   McAfferty R, Martin G, Haid RW Jr: Techniques for lateral mass plating of the posterior cervical spine in patients with cervical spinal stenosis, *in* Techniques in Neurosurgery, Camins M, (ed). Lippincott Williams & Wilkins, Philadelphia, PA, 1999.

18.   Rodts GE, McLaughlin MR, Zhang J, Subach BR, Haid RW Jr: Laparoscopic anterior lumbar interbody fusion, Chapter 32, *in* Clinical Neurosurgery: Proceedings of the Congress of Neurological Surgeons, Howard MA, Elliott JP, Haglund MM, McKhann GM, (eds). Lippincott Williams & Wilkins, Boston, MA, Vol. 47, pp 541-556, 1999.

19.   McLaughlin MR, Haid RW Jr, Rodts GE Jr, Subach BR: Posterior Lumbar Interbody Fusion: Indications, Techniques and Results, Chapter 29, Clinical Neurosurgery: Proceedings of the Congress of Neurological Surgeons, Howard MA, Elliott JP, Haglund MM, McKhann GM, (eds). Lippincott Williams & Wilkins, Boston, MA, Vol. 47, pp 514-527, 2000.

20.   McLaughlin MR, Haid RW Jr, Rodts GE, Miller JS: The current role of anterior lumbar interbody fusion in lumbar spine disorders. Seminars in Neurosurgery 11(2):221-29, 2000.

21.   Tang G, Rodts G, Haid RW Jr.: Patient Selection in Lumbar Arthrodesis for Low Back Pain *in* Surgical Management of Low Back Pain, Resnick DK, Haid RW Jr. (eds): AANS, Thieme, New York, NY, 2:9-19, 2001.

22.     Tang G, Haid RW Jr., Rodts G: The Facet Syndrome *in* Surgical Management of Low Back Pain, Resnick DK, Haid RW Jr. (eds): AANS, Thieme, New York, NY, 6:61-67, 2001.

23.     Barnes B, McLaughlin M, Rodts G, Haid RW Jr.: PLIF and Impacted PLIF *in* Surgical Management of Low Back Pain, Resnick DK, Haid RW Jr. (eds): AANS, Thieme, New York, NY, 9:93-102, 2001.

24.     Subach BR, Haid RW Jr, Rodts GE, McLaughlin MR: Do current outcomes data support the technique of lumbar interbody fusion? In Clinical Neurosurgery, Howard M, (eds). Lippincott & Wilkins, Vol. 48(15), pp 204-218.

25.      McLaughlin MR, Haid RW Jr, Rodts GE Jr, Subach BR: Overview of frameless stereotactic techniques for lumbar spine surgery. Seminars in Neurosurgery, Volume 11 (2), pp 165-176, 2000.

26.     Narayan P, Rodts GE, Haid RW: C1-C2 Brooks Fusion *in* Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, Fessler RG, Sekhar L (eds). Thieme, New York, NY, 17:139-143, 2006.

27.     Mayr MT, Birch BD, Haid RW Jr: Posterior Subaxial Cervical Spine Stabilization Using Sublaminar Cables *in* Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, Fessler RG and Sekhar L, (eds). Thieme, New York, NY, 34:267-270, 2006.

28.     Mayr MT, Birch BD, Haid RW Jr: Posterior Cervical Spine Stabilization Using Interfacet Wires *in* Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, Fessler RG, Sekhar L (eds), Thieme, New York, NY, 35:271-273, 2006.

29.     Mayr MT, Birch BD, Haid RW Jr: Posterior Cervical Spine Stabilization Using Lateral Mass Plates Chapter 36 *in* Atlas of Neurosurgical Techniques: Spine and Peripheral Nerves, Fessler RG, Sekhar L (eds), Thieme, New York, NY, January 2006. 274-278.

30.     Narayan P, Rodts GE, Haid RW Jr: Closure of the posterior suboccipital and upper cervical spine exposure *in* Atlas of Neurosurgical Techniques, Fessler RG, Sekhar LN (eds). Thieme (In press).

31.      Haid RW, Boakye M: Anterior Plate Fixation for Single-Level Discectomy. In Cervical Spine Study Group & Techniques in Surgery. Papadopoulos S, Sonntag Vic H (eds). Lippincott, Williams & Wilkins (In press).

32.     Mummaneni PV, Haid RW, Sasso RC: Principles of Spinal Deformity: Part I – Evaluation of Thoracolumbar Deformity and Non-operative Treatment Strategies in Progress in Neurological Surgery: Advances in Spinal Stabilization. Haid RW Jr, Subach BR, Rodts GE Jr, (eds). Karger (In press). – Different Chapter Names/2003.

33.     Boakye M, Haid, RW: Treatment of Herniated Disk. Medical Management of the Surgical Patient, 4th edition. Smith B, Dodson T (Assoc Eds). Cambridge University Press (Submitted January, 2003, In Press).

34.     Subach BR, Haid RW Jr, Rodts GE Jr, Fiore A, Mummaneni P, Petraglia C: Fractures, Stenosis, and Sports: Guidance for Participation. Clinical Neurosurgery, 49(22), pp 518-527, 2002.

35.     Mayr MT, McLaughlin MR, Haid RW Jr:  BAK Cage, Lumbar Interbody Fusion Techniques: Cages, Dowels, and Grafts. Haid RW Jr, McLaughlin MR, Fessler RG (eds), 10, pp 122-132, Quality Medical Publishing, St. Louis, MO, 2003.

36.     McLaughlin MR, Branch CL Jr, Haid RW Jr, Subach BR:  Technique for Impacted Posterior Lumbar Interbody Fusion, Lumbar Interbody Fusion Techniques: Cages, Dowels, and Grafts. Haid RW Jr, McLaughlin MR, Fessler RG (eds), 16, pp 216-226, Quality Medical Publishing, St. Louis, MO, 2003.

37.     Mummaneni PV, Haid RW Jr:  Transforaminal Lumbar Interbody Fusion Lumbar Interbody
        Fusion Techniques:  Cages, Dowels, and Grafts.  Haid RW Jr, McLaughlin MR, Fessler RG
        (eds), 17, pp 227-234, Quality Medical Publishing, St. Louis, MO, 2003.

38.     Perez-Cruet MJ, Haid RW Jr:  Comparison of Fusion Outcomes, Lumbar Interbody Fusion
        Techniques:  Cages, Dowels, and Grafts.  Haid RW Jr, McLaughlin MR, Fessler RG (eds), 21,
        pp 302-316, Quality Medical Publishing, St. Louis, MO, 2003.

39.     Tang G, Miller J, Rodts G, Haid, R:  Management of Infection Following Implantation of
        Anterior Spinal Cages.  Seminars In Spine Surgery.

40.     Subach BR, Haid RW Jr., Rodts GE Jr, Petraglia CA:  Bone Morphogenetic Protein (rhBMP-2):
        Experimental Review and Clinical Update.  Advances in Spinal Stabilization, Haid RW Jr.,
        Subach BR, Rodts GE Jr (eds), Vol. 16, Progress in Neurological Surgery, Lunsford LD (ed), S.
        Karger AG, Basel, Switzerland, pp 1-13, 2003.

41.     Burkus JK, Foley KT, Haid RW Jr:  Lumbar Interbody Fusion and Bone Morphogenetic Protein:
        Results and Fusion Assessment. Advances in Spinal Stabilization, Haid RW Jr., Subach BR,
        Rodts GE Jr. (eds), Vol. 16, Progress in Neurological Surgery, Lunsford LD (ed), S. Karger AG,
        Basel, Switzerland. pp 55-70, 2003.

42.     Fiore AJ, Birch BD, Haid RW Jr:  C1 Lateral Mass Fixation.  Advances in Spinal Stabilization,
        Haid RW Jr, Subach BR, Rodts GE Jr (eds), Vol. 16, Progress in Neurological Surgery, Lunsford
        LD (ed), S. Karger AG, Basel, Switzerland, pp 128-141, 2003.

43.     Kaiser MG, Haid RW Jr., Subach BR, Rodts GE Jr: Laparoscopic vs. 'Mini-Open' Anterior
        Lumbar Interbody Fusion.  Advances in Spinal Stabilization, Haid RW Jr., Subach BR, Rodts
        GE Jr. (eds), Vol. 16, Progress in Neurological Surgery, Lunsford LD (ed), S. Karger AG, Basel,
        Switzerland, pp 277-289, 2003.

44.     Sasso RC, Mummaneni VP, Mummaneni PV: Cervical Osteotomy.  In Master Techniques in
        Orthopedic Surgery.  Zdeblick TA, Bradford DS (eds), (In Press).

45.     Gallagher MR, Haid RW: Spondyloarthropathies, including Ankylosing Spondylitis. Youmans
        Neuroligical Surgery, 5th Edition, Winn HR (ed), Saunders, Philadelphia, PA, Chapter 290, pp.
        4459-4473, 2004.

46.     Papadopoulos SM, Haid RW Jr, Boakye M:  Anterior Plate Fixation for Cervical Discectomy
        and Fusion, in Manual of Cervical Spine Internal Fixation, Papadopoulos SM (ed):  Chapter 1,
        pp 3-30, Lippincott Williams & Wilkins, Philadelphia, PA, 2004.

47.     Rodts GE Jr, Mummaneni PV, Haid RW Jr, and Foley KT: Ventral and Lateral Thoracic and
        Lumbar Fixation Techniques in 2nd Edition, Spine Surgery: Techniques, Complication
        Avoidance, and Management, Benzel EC (ed): Volume Two, Chapter 114, pp 1486-1503,
        Elsevier, Philadelphia, PA, 2005.

48.     Traynelis VC, Eichholz KM, Cusick JF, Haid RW Jr: Dorsal Subaxial Cervical Instrumentation
        Techniques, in 2nd Edition, Spine Surgery: Techniques, Complication Avoidance, and
        Management, Benzel EC (ed):  Volume Two, Chapter 115, pp 1504-1517, Elsevier, Philadelphia,
        PA, 2005.

49.     Haid RW, Boakye M.  Ventral Cervical Discectomy and Fusion with Allograft and Plating in 2nd
        Edition,  Spine Surgery:  Techniques, Complication Avoidance, and Management, Benzel EC
        (ed), Volume Two, Section 6, Controversies, p 2146, Elsevier, Philadelphia, 2005.

50. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Bone Graft Techniques: Overview and Philosophy of Arthrodesis, 1st Edition, Atlas of Cervical Spine Surgery, I:1-12, Elsevier Saunders, Philadelphia, PA, September 2005.

51. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Transoral Odontoid Decompression, 1st Edition, Atlas of Cervical Spine Surgery, II:13-28, Elsevier Saunders, Philadelphia, PA, September 2005.

52. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Anterior Odontoid Screw Fixation, 1st Edition, Atlas of Cervical Spine Surgery, III:29-39, Elsevier Saunders, Philadelphia, PA, September 2005.

53. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Anterior Cervical Approaches: Exposure and Releasing Techniques, 1st Edition, Atlas of Cervical Spine Surgery, IV:41-51, Elsevier Saunders, Philadelphia, PA, September 2005.

54. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Single-Level Discectomy, 1st Edition, Atlas of Cervical Spine Surgery, V:53-67, Elsevier Saunders, Philadelphia, PA, September 2005.

55. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Multilevel Discectomy, 1st Edition, Atlas of Cervical Spine Surgery, VI:69-81, Elsevier Saunders, Philadelphia, PA, September 2005.

56. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Single-Level Corpectomy, 1st Edition, Atlas of Cervical Spine Surgery, VII:83-94, Elsevier Saunders, Philadelphia, PA, September 2005.

57. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Multilevel Corpectomy, 1st Edition, Atlas of Cervical Spine Surgery, VIII:95-107, Elsevier Saunders, Philadelphia, PA, September 2005.

58. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Special Situations: Anterior, 1st Edition, Atlas of Cervical Spine Surgery, IX:109-118, Elsevier Saunders, Philadelphia, PA, September 2005.

59. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Positioning and Exposure for Posterior Cervical Approaches, 1st Edition, Atlas of Cervical Spine Surgery, X:119-128, Elsevier Saunders, Philadelphia, PA, September 2005.

60. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Occipital-Cervical Fusion: Loop and Cable Technique, 1st Edition, Atlas of Cervical Spine Surgery, XI:129-141, Elsevier Saunders, Philadelphia, PA, September 2005.

61. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Occipital-Cervical Fusion: Screw and Rod Technique, 1st Edition, Atlas of Cervical Spine Surgery, XII:143-149, Elsevier Saunders, Philadelphia, PA, September 2005.

62. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Transarticular Screw Fixation, 1st Edition, Atlas of Cervical Spine Surgery, XIII:151-170, Elsevier Saunders, Philadelphia, PA, September 2005.

63. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Short- and Long-Segment Lateral Mass Fixation, 1st Edition, Atlas of Cervical Spine Surgery, XIV:171-194, Elsevier Saunders, Philadelphia, PA, September 2005.

64. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Posterior Cable Techniques, 1st Edition, Atlas of Cervical Spine Surgery, XV:195-203, Elsevier Saunders, Philadelphia, PA, September 2005.

65. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Posterior Decompression: Laminoforaminotomy, Laminectomy, and Laminaplasty, 1st Edition, Atlas of Cervical Spine Surgery, XVI:205-216, Elsevier Saunders, Philadelphia, PA, September 2005.

66. McLaughlin MR, Haid RW Jr, Rodts GE Jr, Special Situations: Posterior, 1st Edition, Atlas of Cervical Spine Surgery, XVII:217-232, Elsevier Saunders, Philadelphia, PA, September 2005.

67.  McLaughlin MR, Haid RW Jr, Rodts GE Jr, Future Technologies, 1st Edition, Atlas of Cervical Spine Surgery, XVIII:233-250, Elsevier Saunders, Philadelphia, PA, September 2005.

68.  Boakye M, Mummaneni PV, Rodts GE Jr, Haid RW Jr:  Treatment of Odontoid Fractures in 5th Edition, Operative Neurosurgical Techniques, Indications, Methods and Results, Schmidek HH, Roberts DW (eds), Volume Two, Section XVIII, Chapter 122, 1729-1735, Saunders/Elsevier, 2006.

69.  Kaiser MG, Haid RW:  Cervicomedullary Compression and Occipitocervical Instability. Neurosurgical Clinics of North America, Complication Avoidance in Complex Spine Surgery, Angevine PD (Guest Editor), Elsevier Saunders, Philadelphia, PA, Volume 17(3), Pp 235-246, July 2006.

70.  Haid RW Jr, Rodts GE Jr, Tang G:  Patient Selection:  Who and How Do We Fuse? Chapter 5 for Surgical Management of Low Back Pain, 2nd Edition, Haid RW Jr, Wang Jeff (eds), THIEME, 2006 (In preparation).

71.  Mummaneni PV, Haid RW:  Minimally Incisional TLIF Techniques Chapter 12 for Surgical Management of Low Back Pain, 2nd Edition, Haid RW Jr, Wang Jeff (eds), THIEME, (In preparation).

*Books Edited and Written*

1.  Fessler R, Haid RW Jr (eds): Current Techniques in Spinal Stabilization, McGraw-Hill, New York, NY, 1996.

2.  Resnick D, Haid RW (eds): Surgical Management of Low Back Pain, AANS, Thieme, New York, NY, 2001.

3.  Haid RW Jr, McLaughlin MR, Fessler R (eds): Lumbar Interbody Stabilization Techniques, Quality Medical Publishing, St. Louis, MO, 2002.

4.  Haid RW Jr, McLaughlin MR, Fessler RG (eds), Lumbar Interbody Fusion Techniques:  Cages, Dowels, and Grafts, Quality Medical Publishing, St. Louis, MO, 2003.

5.  Haid RW Jr., Subach BR, Rodts GE Jr. (eds):  Advances in Spinal Stabilization, Vol 16, Progress in Neurological Surgery, Lunsford LD (ed), S. Karger AG Basel, Switzerland, 2003.

6.  McLaughlin MR, Haid RW Jr, Rodts GE Jr (eds): Atlas of Cervical Spine Surgery, 1st Edition, Elsevier Saunders, Philadelphia, PA, September 2005.

7.  Mummaneni PV, Haid RW, Lenke LG (eds):  Spinal Deformity:  A Guide to Surgical Planning and Management, Quality Medical Publishing, (In progress, fall 2006).

8.  Vacarro AR, Papadopoulos S, Traynelis V, Haid RW, Sasso R (eds):  Spinal Arthroplasty:  The Preservation of Motion, Elsevier Saunders, Philadelphia, PA, (In progress, December 2006).

9.  Haid RW Jr, Wang J (eds):  Surgical Management of Low Back Pain, 2nd Edition, Thieme, (In preparation, 2006).

*Book Reviews*

1.  Spinal Fusion. Spine: State-of-the-Art Reviews, Vol. 6(3), Dieter Grob, editor. Philadelphia: Hanley & Belfus, 1992, 200 pp., reviewed in Journal of Neurosurgery, 79(3), p. 472, September 1993.

2. Fractures of the Thoracic and Lumbar Spine, Stanley D. Gertzbein, Baltimore: Williams & Wilkins, 1992, 293 pp., reviewed in Journal of Neurosurgery, 79(4), p. 632, October 1993.

*Videotape Presentations*

1. Haid RW Jr, McLaughlin MR, Comey CH, Rodts GE: Video perspectives in neurological surgery: C1-C2 trans-articular screw fixation. SpineUniverse, 2000.

2. Haid RW Jr, McLaughlin MR: Apofix. SpineUniverse, 2000.

3. McLaughlin MR, Haid RW Jr, Rodts GE: Occipital-Cervical Fusion. SpineUniverse, 2000.

4. Haid RW Jr, McLaughlin MR, Rodts GE: C1-C2 Transarticular Screws. SpineUniverse, 2000.

5. Comey C, Haid RW Jr, McLaughlin MR: Apofix Interlaminar Clamps. SpineUniverse, 2000.

6. Haid RW Jr, McLaughlin MR, Rodts GE: Lateral Mass Plate Fixation. SpineUniverse, 2000.

7. Haid RW Jr, McLaughlin MR: Lateral Mass Plating of the Cervical Spine. CNS. San Antonio, TX, Sept. 23-28, 2000.

8. Haid RW Jr, McLaughlin MR: C1-C2 Transarticular Screws. CNS. San Antonio, TX, Sept. 23-28, 2000.

*Letter to Editor / Commentary*

1. Haid RW Jr:  Comment. Neurosurgery. 48:575, March 2001.

2. Subach BR, Haid RW Jr:  Comment, Neurosurgery, 50(1):223, January 2002.

3. Haid RW:  Comment, Neurosurgery, 51(2): 425-426, August 2002.

4. Haid RW Jr:  Comment, Neurosurgery, 51(3), 846, September 2002.

5. Haid RW, Subach B: J. Neurosurg: Spine, 97, 273, September 2002.

6. Haid RW Jr:  Comment, Neurosurgery (Supplement), 51(2), 52-ix-52xi, November 2002.

7. Haid RW Jr:  Neurosurgery, 51(6), 1349, December 2002.

8. Haid RW Jr:  Neurosurgery, 51(6), 1510, December 2002.

9. Haid RW Jr:  Neurosurgery, 52(5), 1093, May 2003.

10. Haid RW Jr:  Neurosurgery, 53(1), 102, July 2003.

11. Haid RW Jr:  Neurosurgery, 53(1), 109, July 2003.

12. Haid RW Jr:  Comment:  Neurosurgery, 53(3), 772-773, September 2003.

13. Haid RW Jr:  Comment:  Neurosurgery, 54(3), 664, March 2004.

*Book Foreword*

1. Haid RW Jr:  Thoracoscopic Spine Surgery. Dickman CA, Rosenthal DJ, Perin NI (eds.) Thieme Medical Publishers, Inc., New York, NY, 1999.

*Abstracts*

1. Haid RW Jr, Kopitnik TA, Nugent GR: Unilateral cervical facet dislocation-changing concepts in management. Neurosurgery 23:265, 1988.

2. Haid RW Jr, Papadopoulos S, Sonntag V: Lateral mass plating for cervical instability. Journal of Neurosurgery 74:2, 342 A, 1991.

3. Haid RW Jr, McManimon, Sypert G: Anterior cervical reconstruction and fusion with allograft bone. Journal of Spinal Disorders 4:380, 1991.

4. Haid RW Jr, Papadopoulos S, Sonntag V: Lateral mass plating for cervical instability. Journal of Spinal Disorders 4:380-381, 1991.

5. Schultz KD Jr, Petronio J, Haid, RW Jr, Rodts GE, Erwood SC, Alexander J, Narad C: Pediatric occipitocervical arthrodesis: a review of current options and early evaluation of a rigid internal fixation device. Neurosurgery 41(3):749, 1997.

6. Haid RW Jr: Spinal navigation. Spinal Surgery 11(Suppl.1):31, 1997.

7. Haid RW Jr: C1-C2 transarticular screw fixation: indications. Spinal Surgery 11(Suppl.1):39, 1997.

8. Haid RW Jr: C1-C2 transarticular screws for atlanto-axial instability: a six year experience. Online Abstract for Cervical Spine Research Society. 1999.

9. Barnes BB, Haid RW Jr, Rodts GE Jr: Multilevel Anterior Cervical Discectomy and Fusion versus Corpectomy: Significantly Better Outcomes with Corpectomy at 19-month Follow-up, Congress of Neurological Surgeons Meeting, Philadelphia, PA, September 21-26, 2002.

10. Haid RW: Tribology in Artificial Cervical Discs, Congress of Neurological Surgeons (CNS), San Francisco, CA, October 16-21, 2004.

11. Mummaneni PV, Pan J, Rodts GE, Haid RW: #710 Accepted, TLIF: A Comparison of Rh-BMP2 and Iliac Crest Autograft. Is Rh-BMP2 Superior? Congress of Neurological Surgeons (CNS, San Francisco, CA, October 16-21, 2004.

12. Abstract Presentation #121: Mummaneni PV, Haid RW Jr: Cervical Disc Arthroplasty with the PRESTIGE ST Device: One and Two year Results from a Multi-Center Randomized Controlled Trial, AANS/CNS Section on Disorders of the Spine and Peripheral Nerves, Lake Buena Vista, FL, March 13-18, 2006.

13. Abstract Presentation #615: Mummaneni PV, Haid RW, Stachniak J, Ceola W, Sawin, P: Cervical Disc Arthroplasty with the PRESTIGE ST Device: One and Two year Results from a Multi-Center Randomized Controlled Trial, American Association of Neurological Surgeons (AANS), San Francisco, CA, April 24, 2006.

14. Abstract: Mummaneni PV, Sawin PD, Ceola W, Stachniak J, Zdeblick T, Haid RW: Cervical Disc Arthroplasty with the Prestige ST Cervical Device: One and Two Year Results from a Multicenter Randomized Controlled Trial, Neurosurgical Society of America (NSA) Meeting, June 5, 2006.

*Posters*

1. Mummaneni PV, Haid RW, Rodts GE, Subach BR, Sasso RC, Traynelis VC: Occipito-cervical Junction and Cervico-thoracic Junction Fixation Using the VERTEX System: Technique and Surgical Results, International Meeting on Advanced Spine Techniques, Montreux, Switzerland, May 23-25, 2002.

2. Mummaneni PV, Haid RW, Rodts GE, Subach BR, Sasso RC, Traynelis VS: Occipito-cervico-thoracic Fixation with a New Polyaxial Screw and Rod System: Technique and Results, American Association of Neurological Surgeons, Philadelphia, PA, October, 2002.

3. Mummaneni PV, Haid RW, Rodts GE, Sasso RC: Methods of Fixation Using C-1 Lateral Mass Screws, American Association of Neurological Surgeons, Philadelphia, PA, October, 2002.

4. Mummaneni PV, Boakye M, Haid RW, Rodts GE, Fiore AJ, Sasso RC: Posterior Cervical Fixation Using C-1 Lateral Mass Screws in Cases Precluding the Use of Transarticular Screws, Joint Section on Disorders of the Spine and Peripheral Nerves, Tampa, FL, March 4-8, 2003.

5. Mummaneni PV, Deutsch H, Rodts GE, Haid, RW: Posterior Cervical Laminoplasty Using a New Plating System., Joint Section on Disorders of the Spine and Peripheral Nerves, Tampa, FL, March 4-8, 2003.

6. Mummaneni PV, Deutsch H, Haid RW, Rodts GE: Cervical Pedicle Subtraction Osteotomy for Chin on Chest Deformity – Technique and Results, Southern Neurosurgical Society, Orlando, FL, March 14-16, 2003.

7. Mummaneni PV, Boakye M, Haid RW, Rodts GE: Fixation Utilizing C1 Lateral Mass Screws, C2 Pedicle Screws, and C2 Pars Screws-Pearls and Pitfalls, Southern Neurosurgical Society, Orlando, FL, March 14-16, 2003.

8. Zdeblick T, Brotchi J, Gill S, Haid R, Nelson R, McCombe P, Porchet F, Traynelis V: A Clinical and Radiographic Comparison of the Prestige™ Cervical Disc System to Fusion for the Treatment of Single-level Degenerative Disease, North American Spine Society, 18th Annual Meeting, San Diego, CA, October 21-25, 2003.

9. Mummaneni PV, Haid RW Jr, #1173, ACDF Utilizing PEEK Spacers Filled with BMP Offer an Effective Alternative to the Use of Allograft and Autograft Spacers, AANS/CNS Section on Disorders of the Spine & Peripheral Nerves, San Diego, CA, March 15-20, 2004.

10. Chun J, Haid RW Jr: #1199, C-1 Lateral Mass Screw Fixation: A Multi-Center, Two Year Follow-Up Experience, AANS/CNS Section on Disorders of the Spine & Peripheral Nerves, San Diego, CA, March 15-20, 2004.

11. Deutsch H, Haid RW Jr: #1221, Occipito-cervical Fusion versus Transoral Decompression and Fusion: 50 Patients, AANS/CNS Section on Disorders of the Spine & Peripheral Nerves, San Diego, CA, March 15-20, 2004.

12. Mummaneni PV, Haid RW Jr: #1173, ACDF Utilizing PEEK Spacers Filled with BMP Offer an Effective Alternative to the Use of Allograft and Autograft Spacers, American Association of Neurological Surgeons (AANS), Orlando, FL, May 1-6, 2004.

13. Chun J, Haid RW Jr: #1199, C-1 Lateral Mass Screw Fixation: A Multi-Center, Two Year Follow-Up Experience, American Association of Neurological Surgeons (AANS), Orlando, FL, May 1-6, 2004.

14. Deutsch H, Haid RW Jr: #1221, Occipito-cervical Fusion versus Transoral Decompression and Fusion: 50 Patients, American Association of Neurological Surgeons (AANS), Orlando, FL, May 1-6, 2004.

## PRIOR DEPOSITION AND TRIAL TESTIMONY OF
## REGIS W. HAID, JR., MD

-February 2003 – Deposition / Adola Grasha vs Dr. Paul Sawin
-May 2003 – Deposition & Trial / Dr. Lonnie J. Lamprich
    vs. Robert N. Holloway
-November 2003 – Deposition and Trial / Karen & Dennis Suchomel et al
    vs U.W. Hospital & Clinics et al
-December 2003 – Deposition / Bennie Whitaker
-May 2004 – Deposition / Tracy Faith Clark
  vs The Estate of Ruston E. Mauldin
-April 2005 – Deposition / Joann Apthorpe, et al
  vs The Cleveland Clinic Foundation et al
-February 2006 – Deposition / Harold Reid vs Dr. John A. Jane Sr.


Relevant Case/Docket Numbers and Parties are Unknown