Document Number Case Number
05-C-0705-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
04/26/2007 02:38:24 PM CDT

# DEFENDANT'S EXHIBIT LIST

Trial Date May 7, 2007

JAY J. SCHINDLER, M.D.,
      PLAINTIFF,

vs.                                                          Case No.   05-C-705-C

MARSHFIELD CLINIC,
      DEFENDANT.

_____

| | | Identification | | | Offers, Objections, Rulings Exceptions |
| | Date | No. | Witness | Description of Exhibits | |
|---|---|---|---|---|---|
| | | 501. | | Associate Physician Agreement with Addendum A. | |
| | | 502. | | Withdrawn | |
| | | 503. | | Withdrawn | |
| | | 504. | | Withdrawn | |
| | 9/25/01 | 505. | | Letter from Dr. Liss to Dr. Schindler regarding recruitment bonus | |
| | 10/4/01 | 506. | | Letter from Dr. Schindler to Dr. Liss regarding signed contract | |
| | | 507. | | 4 month (1/30/03) and 8 month (5/31/03) Associate Evaluations (Rao Exh. 7) | |
| | 11/28/03 | 508. | | Letter from Dr. John Neal to Dr. Schindler re: 15 month associate evaluation. (Kelman Exh. 2) | |
| | 1/8/03 | 509. | | Memo from Dr. Wood to to Dr. Schindler re: Risk Management Program. (Ruggles Exh. 21) | |
| | 8/29/96 | 510. | | Marshfield Clinic Incident Reporting Policy. (Ruggles Exh. 22) (MC0495-MC0496) (Confidential) | |
| | 7/28/03 | 511. | | Memo from Dr. Schuster to Dr. Schindler regarding operative issues. (Kelman Exh. 4) | |
| | | 512. | | Withdrawn | |
| | | 513. | | Withdrawn | |

| | Date | No. | Witness | Description of Exhibits | Offers, Objections, Rulings Exceptions |
|---|---|---|---|---|---|
| | | Identification | | | |
| | 10/20/03 6/25/03 | 514. | | Memo from Dr. Liss to Deb Oleson Brock regarding Dr. Schindler's salary and letter from Dr. Liss to Dr. Schindler re: same | |
| | | 515. | | Surgical Review of Dr. Schindler | |
| | 11/15/03 | 516. | | Letter from Dr. Schindler to Dr. Ebersold regarding relocation | |
| | 11/15/03 | 517. | | Letter from Dr. Schindler to Dr. Narotzky regarding relocation | |
| | 11/17/03 | 518. | | Letter from Dr. Schindler to Linda Knodel regarding relocation | |
| | 11/17/03 | 519. | | Letter from Dr. Schindler to Karla Sayler regarding relocation | |
| | | 520. | | Risk Control Subcommittee Patient Case Summary for Dr. Schindler. (Kelman Exh. 3) | |
| | 12/8/03 | 521. | | Letter from Dr. Paul Liss to Dr. Schindler regarding professional review. (Kelman Exh. 7) | |
| | | 522. | | Marshfield Clinic Professional Review Action Policy | |
| | 12/9/03 | 523. | | E-mail from Dr. Kelman to Dr. Schindler. | |
| | | 524. | | Dr. Kelman handwritten notes and medical records reviewed in anticipation of December 17th PRC meeting.(Kelman Exh. 5) | |
| | | 525. | | Combined Medical Records of M.J. (MJ00001-MJ00351) | |
| | | 526. | | Radiological images for M.J. | |
| | | 527. | | Combined Medical Records of W.K. (WK00001-WK00309) | |
| | | 528. | | Radiological images for W.K. | |
| | | 529. | | Medical Records of R.S. (RS00001-RS00340) | |
| | | 530. | | Radiological images for R.S. | |
| | | 531. | | Medical Records of T.S. (TS00001-TS00285) | |
| | | 532. | | Radiological images for T.S. | |

| | Date | No. | Witness | Description of Exhibits | Offers, Objections, Rulings Exceptions |
|---|---|---|---|---|---|
| | | | Identification | | |
| | 12/18/03 | 533. | | Memo from Dr. Paul Liss to Professional Review Committee regarding 12/17/03 meeting with Dr. Schindler. (Neal Exh. 12) | |
| | 12/18/03 | 534. | | Letter from Dr. Liss to Dr. Schindler regarding termination of employment. (Liss Exh. 15) | |
| | 2/18/04 | 535. | | Memo from Dr. Liss to the Executive Committee regarding appeal to the Executive Committee. | |
| | 3/22/04 | 536. | | Executive Committee Decision | |
| | 2/16/04 | 537. | | Midelfort Clinic Employment Agreement | |
| | 11/03 | 538. | | Midelfort Clinic Benefits Provided to Full Time Physicians | |
| | 8/23/04 | 539. | | Memo from Dr. Schindler to Christie Blink regarding interview and moving expenses | |
| | 6/2/04 | 540. | | Letter from Dr. Schindler to Dr. Borman regarding resignation | |
| | 6/8/04 | 541. | | Letter from Dr. Borman to Dr. Schindler regarding resignation | |
| | | 542. | | Withdrawn | |
| | | 543. | | Withdrawn | |
| | | 544. | | Withdrawn | |
| | | 545. | | Withdrawn | |
| | | 546. | | Withdrawn | |
| | | 547. | | Withdrawn | |
| | | 548. | | Withdrawn | |
| | | 549. | | 2003 Federal and State Individual Tax Returns | |
| | | 550. | | 2004 Federal and State Individual Tax Returns | |
| | | 551. | | Withdrawn | |
| | | 552. | | Withdrawn | |
| | | 553. | | W-2 and Form 1099 statements for Jay J. Schindler for the years 2003 and 2004 | |
| | | 554. | | Withdrawn | |

| | | Identification | | | Offers, Objections, Rulings Exceptions |
|---|---|---|---|---|---|
| Date | No. | Witness | Description of Exhibits | | |
| | 555. | | Marshfield Clinic earnings statements for the period 1/10/03 through 4/2/04 | | |
| | 556. | | Midelfort Clinic earnings statements for the period 2/16/04 through 9/2/04 | | |
| | 557. | | Dr. Schindler's answers to Synthes' first set of interrogatories | | |
| | 558. | | Withdrawn | | |
| | 559. | | Withdrawn | | |
| | 560. | | Withdrawn | | |
| | 561. | | Withdrawn | | |
| | 562. | | Arthur Shorr Working Notes (Shorr Exh. 64)  For impeachment only | | |
| | 563. | | Withdrawn | | |
| | 564. | | Withdrawn | | |
| | 565. | | Withdrawn | | |
| | 566. | | Withdrawn | | |
| | 567. | | Withdrawn | | |
| | 568. | | Article entitled "Cervical Radiculopathy" (Bailes Deposition Exhibit 88) | | |
| | 569. | | Withdrawn | | |
| | 570. | | Withdrawn | | |
| | 571. | | Withdrawn | | |
| | 572. | | Excerpt from Atlas of Human Anatomy, Frank H. Netter, M.D. Plate 142 Vertebral Column | | |
| | 573. | | Excerpt from Atlas of Human Anatomy, Frank H. Netter, M.D. Plate 143 Thoracic Vertebrae | | |
| | 574. | | Excerpt from Atlas of Human Anatomy, Frank H. Netter, M.D. Plate 144 Lumbar Vertebrae | | |
| | 575. | | Excerpt from Atlas of Human Anatomy, Frank H. Netter, M.D. Plate 145 Saccrum and Coccyx | | |

| | Date | Identification No. | Witness | Description of Exhibits | Offers, Objections, Rulings Exceptions |
|---|---|---|---|---|---|
| | | 576. | | Excerpt from Atlas of Human Anatomy, Frank H. Netter, M.D. Plate 146 Vertebral Ligaments: Lumbar Region | |
| | | 577. | | Excerpt from Atlas of Human Anatomy, Frank H. Netter, M.D. Plate 147 Vertebral Ligaments: Lumbosacral Region | |
| | | 578. | | Anatomical model of spine | |
| | | 579. | | Medical record summary for patient W.K. | |
| | | 580. | | Medical record summary for patient M.J. | |
| | | 581. | | Medical record summary for patient R.S. | |
| | | 582. | | Medical record summary for patient T.S. | |
| | | 583. | | Medical records from other patients of Dr. Schindler<br><br>For rebuttal purposes only | |
| | | 584. | | Affidavits of Jay J. Schindler filed in this case<br><br>For impeachment only | |
| | | 585. | | Summary of Dr. Schindler's schedule on 6/19/03 | |
| | | 586. | | Thomas B. Flynn, *Neurologic Complications of Anterior Cervical Interbody Fusion*, 7 Spine 536 (1982). | |
| | | 587. | | Oscar Sugar, Ph.D, M.D., *Spinal Cord Malfunction after Anterior Cervical Discectomy*, 15 Surgical Neurology 4 (1980) | |
| | | 588. | | Jacob J. Graham, M.D., *Complications of Cervical Spine Surgery*, 14 Spine 1046 | |
| | | 589. | | Patrick S. Romano, M.D., M.P.H., et al., *Elective Cervical Discectomy in California*, 22 Spine 2677 (1997) | |

| | | Identification | | | Offers, Objections, Rulings Exceptions |
|---|---|---|---|---|---|
| | Date | No. | Witness | Description of Exhibits | |
| | | 590. | | Kostas N. Fountas, M.D., Ph.D, et al., *Cerebrospinal Fluid Fistula Secondary to Dural Tear in Anterior Cervical Discectomy and Fusion*, 30 Spine E277 (2005) | |
| | | 591. | | Fig. 177 Cervical Cord and Brachial Plexus | |
| | | 592. | | Fig. 185 Cervical Spine and Cord and Nerve Roots | |
| | | 593. | | 37. Diagram of the Cervical and Brachial Plexuses to Show Segmental Origin of the Nerves | |
| | | 594. | | Faciszewski Power Point Presentation | |
| | | 595. | | Exhibit 5 from Schindler Depo. 1/15/07 Letter from Hinnant with excerpts of medical records | |
| | | 596. | | Exhibit 6 from Schindler Depo Schindler Schedule 12/2003 | |
| | | 597. | | Exhibit 4 from Schindler Depo Anesthesia Record 6/18/03 | |
| | | 598. | | Charles Mick, M.D. C.V., Bibliography, List of Depositions and Medical Expert Payment Agreement | |
| | | 599. | | Raj Rao, M.D. C.V., Bibliography | |
| | | 600. | | Gregory J. Przbylski, M.D., C.V., Bibliography, List of Depositions and Fee Schedule | |
| | | 601. | | Michael Salcman, M.D., C.V., Bibliography and List of Depositions | |
| | | 602. | | Barbara Ann Blackmond, Background and Qualifications including hourly rate | |
| | | 603. | | John C. Shershow, M.D., C.V., List of Depositions | |
| | | 604. | | G. Richard Meadows, PH.D., C.V, Bibliography, Summary of Prior Sworn Testimony | |

Dated this 26th day of April, 2007.

DONALD K. SCHOTT
State Bar No. 1010075
SARAH E. COYNE
State Bar No. 1025021
MATTHEW J. DUCHEMIN
State Bar No. 1027594


_____ s/ Matthew J. Duchemin _____
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703
Phone:  608.251.5000
Fax:  608.251.9166

Attorneys for Marshfield Clinic